Kendall L. Manock     # 025932
Charles K. Manock     # 161633
Christopher D. Bell    # 247082
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone:  559.432.5400
Facsimile:  559.432.5620

Charles M. English
Wendy M. Yoviene
**OBER KALER**
1401 H Street, NW, Suite 500
Washington, DC 20005
202-408-8400 Tel
202-408-0640 Fax

Attorneys for Defendant, DAIRY AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and BRIAN WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRY AMERICA, INC., and CALIFORNIA DAIRIES, INC.,<br><br>Defendants. | Case No.:  1:09-CV-00430-AWI-DLB<br><br>**STIPULATION OF COUNSEL EXTENDING THE TIME FOR RESPONSE TO COMPLAINT BY DEFENDANT DAIRY AMERICA, INC.** |

Pursuant to Rule 6-144(a) of the General Local Rules of the above Court,

Plaintiffs GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and BRIAN WOLFE,

individually and on behalf of themselves and all others similarly situated, and Defendant DAIRY

AMERICA, INC. ("Defendant"), by and through their respective attorneys of record, hereby

stipulate that Defendant shall have until June 2, 2009, to respond to the Amended Class Action

1

Complaint herein.  There have been no prior extensions of time granted to Defendant to respond to the Amended Class Action Complaint in this case.

The parties who have signed below to indicate their agreement are the only parties who have appeared to date in this action or are affected by this stipulation to extend time.

DATED:  April 17, 2009.

COHEN, MILSTEIN, SELLERS & TOLL, PLLC

By _/s/ Benjamin D. Brown (as authorized on     )
Benjamin D. Brown
Victoria S. Nugent
George F. Farah

BERMAN DeVALERIO
Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Anthony D. Philips

Attorneys for Plaintiffs, GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and BRIAN WOLFE, individually and on behalf of themselves and all others similarly situated.

///
///
///
///
///
///
///
///
///
///
///

STIPULATION OF COUNSEL EXTENDING THE TIME FOR RESPONSE TO COMPLAINT BY
DEFENDANT DAIRY AMERICA, INC.

DATED: April 17, 2009.

Respectfully Submitted,

BAKER MANOCK & JENSEN, PC

By___/s/ Kendall L. Manock_____
Kendall L. Manock
Charles K. Manock
Christopher D. Bell

OBER KALER
Charles M. English
Wendy M. Yoviene

Attorneys for Defendant, DAIRY AMERICA, INC.

**IT IS SO ORDERED.**

DATED: 22 April 2009        ___/s/ *Dennis L. Beck*_____
                            UNITED STATES MAGISTRATE JUDGE

DMS: 728279_1.doc-- 11520.0024

STIPULATION OF COUNSEL EXTENDING THE TIME FOR RESPONSE TO COMPLAINT BY
DEFENDANT DAIRY AMERICA, INC.