Kendall L. Manock     # 025932
Charles K. Manock     #161633
Christopher D. Bell     # 247082
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: (559) 432-5400
Facsimile:  (559) 432-5620
kmanock@bakermanock.com
cmanock@bakermanock.com
cbell@bakermanock.com

*Counsel for DairyAmerica, Inc.*

[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and BRYAN WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC. and CALIFORNIA DAIRIES, INC.,<br><br>                              Defendants. | Case No.  1:09 CV 00430-AWI-DLB<br><br>**STIPULATION OF COUNSEL CHANGING THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS TO AUGUST 31, 2009 AND EXTENDING TIME TO FILE OPPOSITIONS AND REPLIES** |

The parties, by and through their respective attorneys of record, hereby stipulate that they have agreed, after consultation with the Court regarding its calendar, to change the hearing date on Defendants' Motions to Dismiss from August 3, 2009 to August 31, 2009.

The parties further stipulate that Plaintiffs' Oppositions to Defendants' Motions to Dismiss are due on or before July 16, 2009, and Defendants' Replies are due on or before August 13, 2009.

Dated:  July 2, 2009   Respectfully submitted,

_____*/s/ Kendall L. Manock*_____   _____*/s/ Benjamin D. Brown*_____
Kendall L. Manock     # 025932   Benjamin D. Brown    #202545
Charles K. Manock    #161633   Daniel A. Small
Christopher D. Bell    # 247082   Victoria S. Nugent
BAKER MANOCK & JENSEN, PC   Brent W. Johnson
5260 North Palm Avenue, Fourth Floor   George F. Farah
Fresno, California 93704   **COHEN MILSTEIN SELLERS**
Telephone: (559) 432-5400   **    & TOLL, PLLC**
Facsimile:  (559) 432-5620   1100 New York Avenue, N.W.
kmanock@bakermanock.com   Suite 500, West Tower
cmanock@bakermanock.com   Washington, DC  20005
cbell@bakermanock.com   Telephone: (202) 408-4600
   Facsimile:  (202) 408-4699
   bbrown@cohenmilstein.com
Charles M. English (admitted pro hac vice)   dsmall@cohenmilstein.com
Wendy M. Yoviene (admitted pro hac vice)   vnugent@cohenmilstein.com
E. John Steren  (admitted pro hac vice)   bjohnson@cohenmilstein.com
David A. Edelstein (admitted pro hac vice)   gfarah@cohenmilstein.com
OBER, KALER, GRIMES & SHRIVER
1401 H Street, N.W   Joseph J. Tabacco, Jr.  #75484
Suite 500   Christopher T. Heffelfinger    #118058)
Washington, D.C. 20005   Anthony D. Phillips    #259688
Telephone:  (202) 408-8400   BERMAN DeVALERIO
Facsimile: (202) 408-0640   425 California Street, Suite 2100
cmenglish@ober.com   San Francisco, CA 94104
wmyoviene@ober.com   Telephone: (415) 433-3200
ejsteren@ober.com   Facsimile:  (415) 433-6382
daedelstein@ober.com   jtabacco@bermandevalerio.com
   cheffelfinger@bermandevalerio.com
Allison A. Davis # 139203   aphillips@bermandevalerio.com
**DAVIS WRIGHT TREMAINE**
Suite 800   Lynn L. Sarko
505 Montgomery Street   Mark A. Griffin
San Francisco, California 94111-6533   Juli E. Farris
Telephone:  (415) 276-6580   **KELLER ROHRBACK P.L.C.**
Facsimile:  (415) 276-4880   1201 Third Avenue, Suite 3200
allisondavis@dwt.com   Seattle, WA  98101
   Telephone: (206)-623-1900
   Facsimile:  (206)-623-3384
*Counsel for DairyAmerica Inc.*   lsarko@kellerrohrback.com
   mgriffin@kellerrohrback.com
   jfarris@kellerrohrback.com

|  |  |
|---|---|
|  | Ron Kilgard |
|  | **KELLER ROHRBACK P.L.C.** |
|  | 3101 North Central Avenue, Suite 1400 |
| _/s/ Lawrence M. Cirelli_ | Phoenix, AZ  85012 |
| Lawrence M. Cirelli  #114710 | Telephone: (602)-248-0088 |
| S. Anne Johnson  #197415 | Facsimile:  (602)-248-2822 |
| HANSON BRIDGETT LLP | rkilgard@kellerrohrback.com |
| 425 Market Street |  |
| 26th Floor | _Counsel for Plaintiffs and the Proposed Class_ |
| San Francisco, CA 94105 |  |
| Telephone:  (415)777-3200 |  |
| Facsimile:  (415) 541-9366 |  |
| lcirelli@hansonbridgett.com |  |
| ajohnson@hansonbridgett.com |  |

_Counsel for California Dairies, Inc._


ORDER


IT IS SO ORDERED.

**Dated:     July 6, 2009**             **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE