IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI, and BRIAN WOLFE, individually and on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRY AMERICA, INC., and CALIFORNIA DAIRIES, INC.,<br><br>Defendants. | NO. 1:09-CV-00430-AWI-DLB<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT WITH PREJUDICE<br><br>Doc.# 94. |

On February 9, 2010, the court issued a memorandum opinion and order dismissing Plaintiffs' first amended complaint ("FAC") with leave to amend. The court's dismissal was based on its determination that the filed rate doctrine rendered Plaintiffs' claims for money damages non-justiciable. On March 8, 2010, Plaintiffs filed a notice of appeal. The Ninth Circuit dismissed the appeal on the ground this court's order of dismissal was not a final order because it dismissed the complaint without prejudice. Plaintiffs subsequently voluntarily moved for dismissal of their appeal. In the instant motion, Plaintiffs state their desire to stand on the complaint for purposes of appeal and move to dismiss the action in this court with prejudice so that the Ninth Circuit may exercise jurisdiction over the appeal. There being no objection, the court will grant Plaintiffs' motion.

1   Pursuant to the foregoing, it is hereby ORDERED that Plaintiffs' First Amended
2  Complaint is hereby DISMISSED with prejudice.  The Clerk of the Court shall CLOSE THE
3  CASE.

IT IS SO ORDERED.

Dated:   June 24, 2010

CHIEF UNITED STATES DISTRICT JUDGE