Charles K. Manock        #161633
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: (559) 432-5400
Facsimile:  (559) 432-5620


E. John Steren -- *Pro Hac Vice*
Wendy M. Yoviene -- *Pro Hac Vice*
**OBER KALER, PC**
1401 H Street, N.W. Suite 500
Washington, DC 20005
Telephone: 202-408-8400
Facsimile:  202-408-0640


*Counsel for Defendant, DAIRY AMERICA, INC.*


## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD CARLIN, et al.,**<br><br>             **Plaintiffs,**<br><br>      v.<br><br>**DAIRYAMERICA, INC. and CALIFORNIA DAIRIES, INC.**<br><br>             **Defendants.** | Case No.  1:09 CV 00430-AWI-DLB<br><br><br>NOTICE OF WITHDRAWAL OF COUNSEL ADMITTED *PRO HAC VICE* |

**PLEASE TAKE NOTICE** that the following attorneys associated with, or in the case of David A. Edelstein, formerly associated with, the law firm of Ober, Kaler, Grimes & Shriver, PC, hereby withdraw their *pro hac vice* admission in the above-captioned action on behalf of Defendants Dairy America, Inc., and request removal from all service lists:

E. John Steren, Esq.<br>
Wendy M. Yoviene, Esq.<br>
David A. Edelstein, Esq.

**PLEASE TAKE FURTHER NOTICE** that Defendant Dairy America, Inc. will no longer be represented in this action by any counsel from the law firm of Ober, Kaler, Grimes & Shriver, PC.

DATED:  February 14, 2013     RESPECTFULLY SUBMITTED:

 /s/   Charles K. Manock_____
Charles K. Manock, Esq.
BAKER MANOCK & JENSEN, PC
5260 N. Palm Avenue. Suite 421
Fresno, CA  93704
(559) 432-5400
(559) 432-5620 Fax
cmanock@bakermanock.com

DATED:  February 14, 2013     RESPECTFULLY SUBMITTED:

 /s/   E. John Steren_____
E. John Steren, Esq.
OBER KALER, PC
1401 H Street, N. W., Suite 500
Washington, DC  20005
(202) 408-8400
(202) 408-0640 Fax
ejsteren@ober.com

DATED:  February 14, 2013     RESPECTFULLY SUBMITTED:

 /s/   Wendy M. Yoviene_____
Wendy M. Yoviene, Esq.
OBER KALER, PC
1401 H Street, N. W., Suite 500
Washington, DC  20005
(202) 408-8400
(202) 408-0640 Fax
wyoviene@ober.com

DATED:  February 14, 2013				RESPECTFULLY SUBMITTED:


	 /s/   **David A. Edelstein**
		David A. Edelstein, Esq.
		OBER KALER, PC
		1401 H Street, N. W., Suite 500
		Washington, DC  20005
		(202) 408-8400
		(202) 408-0640 Fax
		dedelstein@ober.com

_____


				ORDER

## CERTIFICATE OF SERVICE

I hereby certify that on <u>February 14, 2013</u>, a true and correct copy of the foregoing **Notice of Withdrawal of Counsel Admitted Pro Hac Vice** was served on all counsel of record via ECF.

                                             _/s/ Charles K. Manock_____
                                             Charles K. Manock

IT IS SO ORDERED.

    Dated:   **February 14, 2013**            **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE