Joseph J. Tabacco, Jr. (SBN 75484)
Christopher T. Heffelfinger (SBN 118058)
Anthony D. Phillips (SBN 259688)
**BERMAN DeVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermandevalerio.com
     cheffelfinger@bermandevalerio.com
     aphillips@bermandevalerio.com

*Counsel for Plaintiffs and the Proposed Class*

[Additional Counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and BRYAN WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC. and CALIFORNIA DAIRIES, INC.,<br><br>Defendants. | Case No.  1:09-cv-00430-AWI-GSA<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER FOR SUBSTITUTION OF PARTY**<br><br>**(Doc. 115)**<br><br>Ctrm:    2, 8th<br>Judge:   Hon. Anthony W. Ishii |

1 | The parties, by and through their respective counsel of record and subject to Court approval, recite and stipulate to substitute Diana Wolfe as a party and proposed class representative to this action in place of deceased plaintiff, Bryan Wolfe.

**RECITALS**

WHEREAS plaintiff Bryan Wolfe was a plaintiff and proposed class representative named in the Complaint and in the operative Amended Class Action Complaint, filed in this action on March 6, 2009 (ECF No. 1) and April 3, 2009 (ECF No. 8), respectively;

WHEREAS Mr. Wolfe died on August 7, 2012 during the pendency of this action;

WHEREAS Mr. Wolfe's death did not extinguish his claims in this action;

WHEREAS Diana Wolfe is Mr. Wolfe's widow;

WHEREAS Diana Wolfe is Mr. Wolfe's successor and representative of his estate;

WHEREAS plaintiffs have filed a Statement Noting Death of Plaintiff Bryan Wolfe concurrently herewith;

**STIPULATION**

Therefore, IT IS HEREBY STIPULATED AND AGREED, by the parties and by Ms. Wolfe, through their respective counsel of record, as follows:

1. Bryan Wolfe is no longer a party to this action by reason of death.
2. Diana Wolfe is substituted as a party and proposed class representative to this action in place of Bryan Wolfe.

Respectfully submitted,

DATED: March 8, 2013

**BERMAN DeVALERIO**

By:  */s/ Anthony D. Phillips*
        Anthony D. Phillips

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
One California Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermandevalerio.com
          cheffelfinger@bermandevalerio.com
          aphillips@bermandevalerio.com

Benjamin D. Brown
Daniel A. Small
Victoria S. Nugent
**COHEN MILSTEIN SELLERS
 & TOLL, PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: bbrown@cohenmilstein.com
        dsmall@cohenmilstein.com
        vnugent@cohenmilstein.com

George F. Farah
**COHEN MILSTEIN SELLERS
 & TOLL, PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: gfarah@cohenmilstein.com

*Counsel for Plaintiffs and the Proposed Class and for Proposed Substitute Party, [ ] Wolfe.*

Dated:  March 8, 2013                **DAVIS WRIGHT TREMAINE LLP**


By: */s/ Charles M. English* (as authorized on 3/8/13)
       Charles M. English

Allison A. Davis
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: chipenglish@dwt.com
        allisondavis@dwt.com

2

1:09-CV-00430-AWI-GSA          STIPULATION & ORDER RE SUBSTITUTION OF PARTY

**OBER, KALER, GRIMES & SHRIVER**

By: <u>/s/ Wendy M. Yoviene</u> (as authorized on 3/8/13)
    Wendy M. Yoviene

E. John Steren
1401 H Street, NW, Suite 500
Washington, DC 20005
Telephone: (202)-408-8400
Facsimile: (202) 408-0640
Email: wyoviene@ober.com
       ejsteren@ober.com

*Counsel for Defendant DairyAmerica, Inc.*

Dated: March 8, 2013

**HANSON BRIDGETT LLP**

By: <u>/s/ Lawrence M. Cirelli</u> (as authorized on 3/8/13)
    Lawrence M. Cirelli

John J. Vlahos
Megan Oliver Thompson
425 Market Street, Suite 2600
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
Email: lcirelli@hansonbridgett.com
       jvlahos@hansonbridgett.com
       moliverthompson@hansonbridgett.com

*Counsel for Defendant California Dairies, Inc.*

# ORDER

**IT IS HEREBY ORDERED that:**

Pursuant to the parties' stipulation filed on March 8, 2013 (Doc. 115), Plaintiff-decedent Bryan Wolfe is no longer a party to this action and Diana Wolfe shall be substituted as a party to this action in place of Bryan Wolfe.

IT IS SO ORDERED.

Dated:   **March 19, 2013**                              **/s/ Gary S. Austin**
                                                                                    UNITED STATES MAGISTRATE JUDGE