Joseph J. Tabacco, Jr. (SBN 75484)
Christopher T. Heffelfinger (SBN 118058)
Anthony D. Phillips (SBN 259688)
**BERMAN DeVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermandevalerio.com
          cheffelfinger@bermandevalerio.com
          aphillips@bermandevalerio.com

[Additional Counsel Listed on Signature Page]

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and BRYAN WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC. and CALIFORNIA DAIRIES, INC.,<br><br>Defendants. | Case No.  1:09 CV 00430-AWI (GSA)<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE A JOINT PROTOCOL GOVERNING THE TREATMENT OF ELECTRONICALLY-STORED INFORMATION**<br><br>**CLASS ACTION** |

Plaintiffs and defendant DairyAmerica, Inc. ("DairyAmerica" and, collectively with plaintiffs, the "parties"), by and through their respective counsel of record and subject to Court approval, recite and stipulate as follows with respect to the due date to file a joint protocol governing the treatment of electronically-stored information ("ESI Protocol").

**RECITALS**

WHEREAS the Court conducted a Scheduling Conference on March 18, 2013;

WHEREAS, in accordance with the parties' agreement and the Court's instruction at the March 18, 2013 Scheduling Conference, the Court entered a Stipulation and Order Regarding Merits Discovery on April 3, 2013 in which the parties agreed to file the ESI Protocol by May 17, 2013;

WHEREAS the parties continue to confer regarding the ESI Protocol and have agreed that additional time is required to finalize the form and terms of the ESI Protocol;

WHEREAS no other extension of time has previously been sought or obtained by the parties as to the filing of the ESI Protocol.

///

///

///

## STIPULATION

Therefore, IT IS HEREBY STIPULATED AND AGREED, by the parties through their respective counsel of record, as follows:

1. The parties shall file the ESI Protocol by no later than May 31, 2013.

DATED:  May 15, 2013                  Respectfully submitted,

**BERMAN DeVALERIO**


By:    */s/ Anthony D. Phillips*
          Anthony D. Phillips

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
One California Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermandevalerio.com
         cheffelfinger@bermandevalerio.com
         aphillips@bermandevalerio.com

Benjamin D. Brown (SBN 202545)
Daniel A. Small
Victoria S. Nugent
**COHEN MILSTEIN SELLERS
    & TOLL, PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: bbrown@cohenmilstein.com
         dsmall@cohenmilstein.com
         vnugent@cohenmilstein.com

George F. Farah
**COHEN MILSTEIN SELLERS
    & TOLL, PLLC**
88 Pine Street
14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: gfarah@cohenmilstein.com

|   |   |   |
|---|---|---|
| 1 |   | Lynn L. Sarko |
| 2 |   | Mark A. Griffin |
|   |   | Juli E. Farris |
|   |   | **KELLER ROHRBACK L.L.P.** |

                      Lynn L. Sarko
                      Mark A. Griffin
                      Juli E. Farris
                      **KELLER ROHRBACK L.L.P.**
                      1201 Third Avenue, Suite 3200
                      Seattle, WA  98101
                      Telephone: (206)-623-1900
                      Facsimile:  (206)-623-3384
                      Emai:  lsarko@kellerrohrback.com
                               mgriffin@kellerrohrback.com
                               jfarris@kellerrohrback.com

                      Ron Kilgard
                      **KELLER ROHRBACK P.L.C.**
                      3101 North Central Avenue, Suite 1400
                      Phoenix, AZ  85012
                      Telephone: (602)-248-0088
                      Facsimile:  (602)-248-2822
                      Email: rkilgard@kellerrohrback.com

                      *Counsel for Plaintiffs and the Proposed Class*

Dated:  May 15, 2013        **DAVIS WRIGHT TREMAINE LLP**

                      By:   */s/ Allison A. Davis* (as authorized on 5/15/13)
                               Allison A. Davis

                      505 Montgomery Street,
                      Suite 800
                      San Francisco, CA 94111-6533
                      Telephone: (415) 276-6500
                      Facsimile: (415) 276-6599
                      Email: allisondavis@dwt.com

                      Charles M. English, Jr.
                      1919 Pennsylvania Avenue, N.S., Suite 800
                      Washington, D.C. 20006-3401
                      Telephone: (202) 973-4272
                      Facsimile: (202) 973-4499
                      Email: chipenglish@dwt.com

                      Christopher D. Bell
                      **BAKER MANOCK & JENSEN, PC**
                      5260 North Palm Avenue,
                      Fourth Floor
                      Fresno, CA 93704
                      Telephone: (559) 432-5400
                      Facsimile: (549) 432-5620
                      Email: cbell@bakermanock.com

                      *Counsel for Defendant DairyAmerica, Inc.*

**ORDER**

Pursuant to the above stipulation, the parties shall file the ESI Protocol no later than May 31, 2013.

IT IS SO ORDERED.

Dated:   **May 17, 2013**                             **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE