```
 1  Joseph J. Tabacco, Jr. (SBN 75484)
    Christopher T. Heffelfinger (SBN 118058)
 2  Anthony D. Phillips (SBN 259688)
    BERMAN DeVALERIO
 3  One California Street, Suite 900
    San Francisco, CA 94111
 4  Telephone: (415) 433-3200
    Facsimile: (415) 433-6382
 5  Email: jtabacco@bermandevalerio.com
           cheffelfinger@bermandevalerio.com
 6         aphillips@bermandevalerio.com

 7  [Additional Counsel Listed on Signature Page]

 8  Counsel for Plaintiffs and the Proposed Class
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and BRYAN WOLFE, individually and on behalf of themselves and all others similarly situated, | Case No. 1:09 CV 00430-AWI (GSA) |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING TIME TO FILE A JOINT PROTOCOL GOVERNING THE TREATMENT OF ELECTRONICALLY-STORED INFORMATION** |
| v. | |
| DAIRYAMERICA, INC. and CALIFORNIA DAIRIES, INC., | |
| Defendants. | **CLASS ACTION** |

1  Plaintiffs and defendant DairyAmerica, Inc. ("DairyAmerica" and, collectively with
2  plaintiffs, the "parties"), by and through their respective counsel of record and subject to Court
3  approval, recite and stipulate as follows with respect to the due date to file a joint protocol
4  governing the treatment of electronically-stored information ("ESI Protocol").

## RECITALS

6  WHEREAS the Court conducted a Scheduling Conference on March 18, 2013;

7  WHEREAS, in accordance with the parties' agreement and the Court's instruction at the
8  March 18, 2013 Scheduling Conference, the Court entered a Stipulation and Order Regarding
9  Merits Discovery on April 3, 2013 in which the parties agreed to file the ESI Protocol by
10  May 17, 2013;

11  WHEREAS the parties continue to confer regarding the ESI Protocol and have agreed
12  that additional time is required to finalize the form and terms of the ESI Protocol;

13  WHEREAS no other extension of time has previously been sought or obtained by the
14  parties as to the filing of the ESI Protocol.

15  ///
16  ///
17  ///

## STIPULATION

Therefore, IT IS HEREBY STIPULATED AND AGREED, by the parties through their respective counsel of record, as follows:

1. The parties shall file the ESI Protocol by no later than May 31, 2013.

DATED: May 15, 2013            Respectfully submitted,

**BERMAN DeVALERIO**

By:   */s/ Anthony D. Phillips*
         Anthony D. Phillips

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
One California Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermandevalerio.com
         cheffelfinger@bermandevalerio.com
         aphillips@bermandevalerio.com

Benjamin D. Brown (SBN 202545)
Daniel A. Small
Victoria S. Nugent
**COHEN MILSTEIN SELLERS
   & TOLL, PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: bbrown@cohenmilstein.com
         dsmall@cohenmilstein.com
         vnugent@cohenmilstein.com

George F. Farah
**COHEN MILSTEIN SELLERS
   & TOLL, PLLC**
88 Pine Street
14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: gfarah@cohenmilstein.com

|   |   |   |
|---|---|---|
| 1 |  | Lynn L. Sarko |
|   |  | Mark A. Griffin |
| 2 |  | Juli E. Farris |
|   |  | **KELLER ROHRBACK L.L.P.** |
| 3 |  | 1201 Third Avenue, Suite 3200 |
|   |  | Seattle, WA  98101 |
| 4 |  | Telephone: (206)-623-1900 |
|   |  | Facsimile:  (206)-623-3384 |
| 5 |  | Emai:  lsarko@kellerrohrback.com |
|   |  |            mgriffin@kellerrohrback.com |
| 6 |  |            jfarris@kellerrohrback.com |

Ron Kilgard
**KELLER ROHRBACK P.L.C.**
3101 North Central Avenue, Suite 1400
Phoenix, AZ  85012
Telephone: (602)-248-0088
Facsimile:  (602)-248-2822
Email: rkilgard@kellerrohrback.com

*Counsel for Plaintiffs and the Proposed Class*

Dated:  May 15, 2013            **DAVIS WRIGHT TREMAINE LLP**


By:     */s/ Allison A. Davis* (as authorized on 5/15/13)
            Allison A. Davis

505 Montgomery Street,
Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: allisondavis@dwt.com

Charles M. English, Jr.
1919 Pennsylvania Avenue, N.S., Suite 800
Washington, D.C. 20006-3401
Telephone: (202) 973-4272
Facsimile: (202) 973-4499
Email: chipenglish@dwt.com

Christopher D. Bell
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue,
Fourth Floor
Fresno, CA 93704
Telephone: (559) 432-5400
Facsimile: (549) 432-5620
Email: cbell@bakermanock.com

*Counsel for Defendant DairyAmerica, Inc.*

**ORDER**

Pursuant to the above stipulation, the parties shall file the ESI Protocol no later than May 31, 2013.

IT IS SO ORDERED.

Dated:   **May 17, 2013**                                  **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE