**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and BRIAN WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC.,<br><br>Defendant. | Case No. 1:09-CV-00430-AWI-GSA<br><br>**ORDER TO EXTEND TIME FOR DAIRYAMERICA TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

The Court has reviewed the joint stipulation filed by the parties on October 29, 2013 (Doc. 142). Accordingly, the deadline for Defendant DAIRYAMERICA, INC. to respond to the First Amended Complaint shall be extended by 7 days, up to and including November 6, 2013.

IT IS SO ORDERED.

Dated: **November 1, 2013**                **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

- 1 -

ORDER TO EXTEND TIME FOR DAIRYAMERICA TO RESPOND TO FIRST AMENDED COMPLAINT OF CARLIN ET AL.
DWT 22889337v2 0090114-000001