DAVIS WRIGHT TREMAINE LLP

1  Allison A. Davis (# 139203)
   Sanjay Nangia (# 264986)
2  **DAVIS WRIGHT TREMAINE LLP**
3  505 Montgomery Street, Suite 800
   San Francisco, CA 94110
4  Telephone:  (415) 276-6500
   Facsimile:  (415) 276-6599
5  allisondavis@dwt.com
   sanjaynangia@dwt.com
6
7  Charles M. English, *pro hac vice*
   **DAVIS WRIGHT TREMAINE LLP**
8  1919 Pennsylvania Avenue, NW, Suite 800
   Washington, D.C. 20006-3402
9  Telephone:  (202) 973-4200
   Facsimile:  (202) 973-4499
10 chipenglish@dwt.com
11
   Attorneys for Defendant, DAIRYAMERICA, INC.
12
13            UNITED STATES DISTRICT COURT
14            EASTERN DISTRICT OF CALIFORNIA
15                   FRESNO DIVISION
16

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and BRIAN WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC.,<br><br>Defendant. | ) Case No. 1:09-CV-00430-AWI-GSA<br>)<br>) **STIPULATION AND ADDENDUM TO**<br>) **PROTECTIVE ORDER REGARDING**<br>) **THE PRODUCTION OF PROTECTED**<br>) **MATERIALS**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

24      The parties' responses to discovery requests in the above-captioned case may require the

25 production of large volumes of electronic and hard copy documents and data in their possession,

26 custody, or control.  To expedite the production of responsive information, the parties agree that

27 production may be made subject to the following clawback agreement, and as contemplated by

28 section 11 of the protective order entered in this action (Dkt. No. 129).  Disclosure of information

1

1  subject to a claim of attorney-client privilege or the protection of the attorney work product

2  doctrine during the course of discovery shall be deemed unintentional unless the parties expressly

3  agree otherwise, all discovery responses are made with the express reservation and without

4  waiving, and without intending to waive, the designation of "confidential" as set forth in the

5  protective order entered in this action (Dkt. 129), the protection of the attorney-client privilege, the

6  attorney work product doctrine, state privacy protections or other applicable privileges.

7       Accordingly, plaintiffs GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and

8  DIANA WOLFE, individually and on behalf of themselves and all others similarly situated, and

9  Defendant DAIRYAMERICA INC., hereby stipulate and agree as follows:

10       1.    The disclosure or production of any information or document without inspection or

11  designation of a "CONFIDENTIAL" legend, as contemplated in sec. 5.2 of the protective order

12  entered in this action (Dkt. No. 129), will not be deemed to waive a producing party's or

13  producing third party's claim to designate information as Confidential as set forth in section 5.3 of

14  the entered protective order (Dkt. No. 129).

15       2.    As used herein, the term "Protected Private Information" means information

16  pertaining to an individual which qualifies for protection from disclosure under California state

17  privacy law.  The parties agree not to object to the disclosure of information that pertains to any

18  corporation or other organization on the basis that it constitutes Protected Private Information.

19  The parties further agree not to object to the disclosure of any financial information on the basis

20  that it constitutes Protected Private Information unless such information pertains to the personal

21  financial records of an individual and is unrelated to the pricing of any dairy product.

22       3.    The disclosure or production of any information or document that is subject to an

23  objection on the basis of attorney-client privilege, work-product protection,  Protected Private

24  Information, or other applicable privileges (collectively, "Protected Information") will not be

25  deemed to waive a producing party's or producing third party's claim to its privileged or protected

26  nature ("Protection") or estop that party or the privileged holder from designating the information

27  or document as Protected Information at a later date.

28

STIPULATION AND ADDENDUM TO PROTECTIVE ORDER
Case No. 1:09-CV-00430-AWI-DLB
DWT 23866068v1 0090114-000001
DWT 23357992v1 0090114-000001

DAVIS WRIGHT TREMAINE LLP

DAVIS WRIGHT TREMAINE LLP

4.      A producing party or producing third party may request the return of any Protected Information by submitting such request in writing, identifying the document and asserting the basis for Protection.  In the event that only part(s) of a document or other information is claimed to contain Protected Information, the producing party shall furnish a redacted copy of such document, removing only the part(s) thereof claimed to be Protected Information.  The receiving party shall determine in good faith whether to contest the basis for asserting Protection and to either (a) return or destroy all copies of the Protected Information and provide certification to the producing party of same, or (b) provide notification to the producing party in writing of an objection to the assertion of Protection and the grounds for that objection.  The receiving party may examine the Protected Information to the extent necessary to determine if the document is Protected.  If the receiving party objects to the assertion of Protection, the parties shall meet and confer in accordance with L.R. 251 and the Court's motion practice procedures with regard to discovery disputes.  In the event the parties are unable to resolve the dispute, the receiving party may request an informal conference with the Court to seek appropriate relief or move for relief pursuant to Fed. R. Civ. P. 37.  The Protected Information subject to dispute shall not be used for any purpose in this litigation until the Court determines its status.

5.      To the extent a producing party produces personal address or other contact information for an employee, former employee, or member of the producing party, the receiving party expressly agrees not to contact the individual until the producing party has a reasonable opportunity to determine if the individual will be represented by the producing party's counsel.

6.      Entry of this Stipulation and Addendum to Protective Order does not alter any party's burden in establishing or challenging claims of Protected Information.

7.      Entry of this Stipulation and Addendum to Protective Order does not waive the right of the receiving party to assert the producing party failed to timely request the return of Protected Information.

8.      Entry of this Stipulation and Addendum to Protective Order does not alter the obligation of the receiving party to comply with its ethical and legal obligations, as set forth under

3

1   applicable law, concerning the receipt of material that obviously appears to be Protected

2   Information.

3        9.      Entry of this Stipulation and Addendum to Protective Order does not waive any

4   objection otherwise available to a party or non-party under the Federal Rules of Civil Procedure.

5        10.     Entry of this Stipulation and Addendum to Protective Order does not preclude or

6   restrict the right of any party to perform a review for the purpose of identifying Protected

7   Information and withholding documents containing Protected Information in accordance with the

8   Federal Rules of Civil Procedure governing the non-production of documents claimed to be

9   Protected.

10       11.     Entry of this Stipulation and Addendum to Protective Order does not otherwise

11  alter the terms of the protective order entered in this action (Dkt. No. 129).

13       IT IS SO STIPULATED.

14  DATED:  April 9, 2014                    Respectfully submitted,

16                                           _____/s/  Sanjay M. Nangia_____

17                                           Allison A. Davis (# 139203)
                                             Sanjay M. Nangia (# 264986)
18                                           DAVIS WRIGHT TREMAINE LLP
                                             505 Montgomery Street, Suite 800
19                                           San Francisco, CA 94110
                                             Telephone:  (415) 275-6580
20                                           Facsimile:   (415) 276 4880
                                             allisondavis@dwt.com
21                                           sanjaynangia@dwt.com

22
                                             Charles M. English, *pro hac vice*
23                                           DAVIS WRIGHT TREMAINE LLP
                                             1919 Pennsylvania Avenue, NW, Suite 800
24                                           Washington, D.C. 20006-3402
                                             Telephone: (202 973-4200
25                                           Facsimile (202) 973-4499
                                             chipenglish@dwt.com
26

27                                           *Counsel for Defendant DairyAmerica, Inc.*

28

DAVIS WRIGHT TREMAINE LLP

4

1

2                                                    /s/  Anthony D. Phillips (as authorized on April 9, 2014)

3                                                    Joseph J. Tabacco, JR. #5484
                                                     Christopher T. Heffelfinger #118058
4                                                    Anthony D. Phillips #259688
                                                     BERMAN DeVALERIO
5                                                    One California Street, Suite 900
                                                     San Francisco, CA 94111
6                                                    Telephone: (415) 433-3200
                                                     Facsimile:  (415) 433-6382
7                                                    jtabacco@bermandevalerio.com
                                                     cheffelfinger@bermandevalerio.com
8                                                    aphillips@bermandevalerio.com

9                                                    Benjamin D. Brown #202545
                                                     Brent F. Johnson
10                                                   George F. Farah
                                                     COHEN MILSTEIN SELLERS & TOLL, PLLC
11                                                   1100 New York Avenue, Suite 500 West
                                                     Washington, DC 20005
12                                                   Telephone: (202) 408-4600
                                                     Facsimile: (202) 408-4699
13                                                   bbrown@cohenmilstein.com
                                                     bjohnson@cohenmilstein.com
14                                                   gfarah@cohenmilstein.com

15                                                   Lynn L. Sarko
                                                     Mark A. Griffin
16                                                   Juli E. Farris
                                                     KELLER ROHRBACK L.L.P.
17                                                   1201 Third Avenue, Suite 3200
                                                     Seattle, WA  98101
18                                                   Telephone: (206) 623-1900
                                                     Facsimile:  (206) 623-3384
19                                                   lsarko@kellerrohrback.com
                                                     mgriffin@keller rohrback.com
20                                                   jfarris@kellerohrback.com

21                                                   Ron Kilgard
                                                     KELLER ROHRBACK P.L.C.
22                                                   3101 North Central Avenue, Suite 1400
                                                     Phoenix, AZ  85012
23                                                   Telephone: (602) 248-0088
                                                     Facsimile:  (602) 248-2822
24                                                   rkilgard@kellerrohrback.com

25                                                   *Counsel for Plaintiffs and the Proposed Class*

26

27

28

DAVIS WRIGHT TREMAINE LLP

5

DAVIS WRIGHT TREMAINE LLP

1

2

## ATTESTATION PURSUANT TO LOCAL RULE 131(E)

3
I, Sanjay M. Nangia, attest that Andrew D. Phillips, counsel for Plaintiffs and the Proposed

Class, authorized me to submit this document on his behalf.

4

5
DATED:  April 9, 2014                                      /s/ Sanjay M. Nangia
                                                                          Sanjay M. Nangia

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

1

2

**ADDENDUM TO PROTECTIVE ORDER**

3

     Upon a review of the agreement of the parties outlined above, the Court adopts the

4

stipulation.

5

6

IT IS SO ORDERED.

7

     Dated:   **April 9, 2014**                              **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

7