1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

### FRESNO DIVISION

11
12

13 | GERALD CARLIN, JOHN RAHM, PAUL
14 | ROZWADOWSKI and DIANA WOLFE,
individually and on behalf of themselves and all
others similarly situated,

15 |                                    Plaintiffs,

16 | v.

17 | DAIRYAMERICA, INC. and CALIFORNIA
DAIRIES, INC.,

18 |                                    Defendants.

19

Case No. 1:09-cv-00430-AWI-GSA

**CLASS ACTION**

**ORDER GRANTING PLAINTIFFS'
REQUEST TO SEAL DOCUMENTS
AND FILE REDACTED VERSIONS IN
PART**

20
21
22
23
24
25
26
27
28

**ORDER**

This matter comes before the Court on the Plaintiffs' Request to Seal Documents and File Redacted Versions ("Request") pursuant to Civil Local Rules 140 and 141.   Upon consideration of the pleading, the request is granted IN PART.  Accordingly, it is hereby ordered that the Clerk of the Court is directed to file unredacted versions of the following documents under seal :

1.  Plaintiffs' Memorandum in Support of Motion For Leave To File Second Amended Consolidated Complaint;

2.  Declaration of Benjamin Doyle Brown in Support of Plaintiffs' Motion For Leave To File Seconded Amended Complaint; and

3.  Plaintiffs' [Proposed] Second Amended Complaint.

 In order to facilitate the filing of the above documents under seal, Plaintiff shall e-mail the documents to the following e-mail address:  ApprovedSealed@caed.uscourts.gov.  Plaintiffs' request that the Clerk of the Court file the redacted versions of these documents on the docket is DENIED. Plaintiffs shall file the redacted versions of these documents directly via CM/ECF after the sealed documents have been filed by the Clerk of the Court.

Finally, Plaintiffs are advised the only the Court can view the sealed documents.  Opposing counsel or Plaintiffs will not be able to view the sealed documents via the CM/ECF system.  As such, Plaintiffs shall serve opposing counsel with the copies of the unredacted copies to the extent that service has not already been effectuated.

IT IS SO ORDERED.

Dated:   **July 3, 2014**                          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE