Allison A. Davis (# 139203)
Sanjay M. Nangia (# 264986)
**DAVIS WRIGHT TREMAINE LLP**
505 Montgomery Street, Suite 800
San Francisco, CA 94110
Telephone: (415) 275-6580
Facsimile: (415) 276 4880
allisondavis@dwt.com
sanjaynangia@dwt.com

Charles M. English, *pro hac vice*
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Avenue, NW, Suite 800
Washington, D.C. 20006-3402
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
chipenglish@dwt.com

Attorneys for Defendant DAIRYAMERICA, INC.

UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and BRIAN WOLFE, individually and on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DAIRYAMERICA, INC., et al., <br><br> Defendants. | Case No. 1:09-CV-00430-AWI-GSI <br><br> **ORDER GRANTING DEFENDANT DAIRYAMERICA'S REQUEST TO SEAL DOCUMENTS AND FILE REDACTED VERSIONS** |

**ORDER**

This matter comes before the Court on Defendant DairyAmerica's Request to Seal Documents and File Redacted Versions (the "Request") pursuant to Gen. L.R. 140 and 141.  No opposition to the Request was submitted.  Upon review of the Request and the papers submitted in support thereof, the Request is GRANTED.  Accordingly, it is hereby ordered that the Clerk of the Court shall file unredacted versions of the following documents under seal:

1.	Defendant DairyAmerica's Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint;

2.	Declaration of Allison A. Davis in Support of Defendant DairyAmerica's Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint, including Exhibits A through E; and

3.	Declaration of Charles M. English in Support of Defendant DairyAmerica's Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint.

In order to facilitate the filing of unredacted versions of the above-referenced documents under seal, Defendant DairyAmerica shall e-mail these documents to the following e-mail address: ApprovedSealed@caed.uscourts.gov.  Upon entry of this Order and after the Clerk of the Court has filed the unredacted documents under seal, Defendant DairyAmerica shall file redacted versions of the above-referenced documents directly via CM/ECF.

The Court notes that DairyAmerica has already served counsel for Plaintiffs with copies of the unredacted documents.  Counsel are advised that only the Court and its staff shall have access to the unredacted documents filed under seal.

IT IS SO ORDERED.

Dated:   **July 24, 2014**              **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

DAVIS WRIGHT TREMAINE LLP