1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>                                    Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC. and CALIFORNIA DAIRIES, INC.,<br><br>                                    Defendants. | Case No. 1:09-cv-00430-AWI-GSA<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING CALIFORNIA DAIRIES, INC.'S REQUEST TO FILE *AMICUS CURIAE* BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED CONSOLIDATED COMPLAINT**<br><br>**(Doc. 168)** |

The Court has reviewed the request by California Dairies, Inc. to file an *amicus curiae* brief in opposition to Plaintiffs' pending motion for leave to file a second amended consolidated complaint. (Doc. 168). The Court hereby GRANTS California Dairies, Inc.'s request to file an *amicus* brief. In order to clarify the record, the Clerk of the Court is directed to file the brief submitted by California Dairies, Inc. as a separate docket entry. (Doc. 168, Exhibit A). Any party may file an answering brief on or before August 15, 2014.

IT IS SO ORDERED.

Dated:   **July 30, 2014**               **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE