BENJAMIN D. BROWN (SBN 202545)
bbrown@cohenmilstein.corn
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Counsel for Plaintiffs and the Proposed Class*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC. and CALIFORNIA DAIRIES, INC.,<br><br>Defendants. | Case No.  1:09 CV 00430-AWI (GSA)<br><br>**CLASS ACTION**<br><br>**STIPULATION TO AMEND THE SCHEDULING ORDER; ORDER THEREON** |

---

[No. 1:09 CV 00430-AWI-GA] STIPULATION TO AMEND SCHEDULING ORDER; ORDER THEREON

1    On this 19th day of September 2014, the parties having so stipulated;

2    WHEREAS, the current Scheduling Order provides that class certification-related

3 discovery shall be completed by November 1, 2014;

4    WHEREAS, on June 30, 2014, Plaintiffs filed leave to amend the complaint to add new

5 parties and claims, which motion was opposed;

6    WHEREAS, Plaintiffs' motion has not yet been ruled upon;

7    WHEREAS, the substance, timing and participants in various upcoming depositions,

8 including the representative class plaintiffs' depositions, will vary depending upon the resolution

9 of the pending motion and proceeding with those depositions before resolution of the pending

10 motion would cause confusion and potentially the need for witnesses to be redeposed;

11    WHEREAS, class representatives are individual family farmers who assert they would

12 suffer substantial prejudice from having to be redeposed;

13    IT IS ORDERED that the Scheduling Order is amended as follows:

**1.    Class Certification Discovery Cut-Off and Briefing Deadlines.**

15    (a)    The deadline for class certification discovery (and the simultaneous deadline for

16 all other non-dispositive motions) shall be extended from November 1, 2014 and November 14,

17 2014 respectively to four months from the date of entry of an Order on Plaintiffs' Motion For

18 Leave To Amend Complaint.

19    (b)    The briefing deadlines for class certification will be amended to follow from the

20 class certification discovery cut-off at similar intervals as the original schedule:

21    Plaintiffs' Motion for Class Certification due:  75 days after the class certification

22 discovery cut-off;

23    Defendant(s)' Opposition to Class Certification due: 75 days after Plaintiffs' Motion;

24    Plaintiffs' Reply due: 24 days after Defendants' Opposition

25    A hearing on the Motion for Class Certification will be held approximately one month

26 after the filing of Plaintiffs' Reply on a date that suits the schedule and preference of Magistrate

27 Judge Gary Austin.

28  [No. 1:09 CV 00430-AWI-GA] STIPULATION TO AMEND SCHEDULING ORDER; ORDER THEREON
1

**2. Class Certification Discovery Pending the Order on Plaintiffs' Motion For Leave to Amend Complaint.**

A.  <u>Depositions</u>

In the interest of judicial economy and efficiency, all party depositions (including depositions of entities that plaintiffs' have proposed be added as parties) in the case will be stayed until the Court enters an Order on Plaintiffs' Motion for Leave to Amend Complaint. The parties may proceed with third party discovery and depositions

B.  <u>Written Discovery</u>

Written discovery shall not be stayed and shall continue subject to the amended class certification discovery cut-off.

DATED:  September 19, 2014        Respectfully submitted,

**BERMAN DeVALERIO**

By:   */s/ Christopher T. Heffelfinger*
         Christopher T. Heffelfinger (SBN 118058)

Joseph J. Tabacco, Jr. (SBN 75484)
Christopher T. Heffelfinger (SBN 118058)
Anthony D. Phillips  (SBN 259688)
One California Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermandevalerio.com
         cheffelfinger@bermandevalerio.com
         aphillips@bermandevalerio.com

Benjamin D. Brown (SBN 202545)
**COHEN MILSTEIN SELLERS
  & TOLL, PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: bbrown@cohenmilstein.com

George F. Farah
**COHEN MILSTEIN SELLERS**
   **& TOLL, PLLC**
88 Pine Street
14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: gfarah@cohenmilstein.com

Lynn L. Sarko
Mark A. Griffin
Juli E. Farris
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone: (206)-623-1900
Facsimile:  (206)-623-3384
Emai:  lsarko@kellerrohrback.com
         mgriffin@kellerrohrback.com
         jfarris@kellerrohrback.com

Ron Kilgard
**KELLER ROHRBACK P.L.C.**
3101 North Central Avenue, Suite 1400
Phoenix, AZ  85012
Telephone: (602)-248-0088
Facsimile:  (602)-248-2822
Email: rkilgard@kellerrohrback.com

*Counsel for Plaintiffs and the Proposed Class*

Dated:  September 19, 2014           **DAVIS WRIGHT TREMAINE LLP**

By:   */s/ Allison A. Davis* (as authorized on 9/19/2014)
         Allison A. Davis (SBN 139203)

Sanjay M. Nangia (# 264986)
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: allisondavis@dwt.com
         sanjaynangia@dwt.com

Charles M. English, Jr.
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Avenue, N.S., Suite 800
Washington, D.C. 20006-3401
Telephone: (202) 973-4272
Facsimile: (202) 973-4499
Email: chipenglish@dwt.com

Joseph M. Marchini
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue,
Fourth Floor
Fresno, CA 93704
Telephone: (559) 432-5400
Facsimile: (549) 432-5620
Email: jmarchini@bakermanock.com

*Counsel for Defendant DairyAmerica, Inc.*

## ORDER

The Courts adopts the parties' stipulation to amend the scheduling order set forth above, with the exception that the Court will set the briefing schedule and hearing date regarding the Plaintiffs' anticipated Motion for Class Certification <u>after</u> District Judge Anthony W. Ishii issues a ruling on the Plaintiffs' pending Motion for Leave to file a Second Amended Consolidated Complaint.  (Doc. 155).  Accordingly, within 15 days from the date of issuance of Judge Ishii's ruling, the parties shall file a joint report or stipulation setting forth a proposed briefing schedule and hearing date regarding Plaintiffs' Motion for Class Certification.  In an abundance of caution, the Court will also set a telephonic status conference in this action on April 1, 2015 at 10:00 a.m. to revisit the matter of setting the briefing schedule and hearing date for Plaintiffs' Motion for Class Certification, if necessary.  The Court will either advance or vacate the status conference upon receipt of the parties' proposed briefing schedule following the issuance of Judge Ishii's order on Plaintiffs' pending motion to amend.

IT IS SO ORDERED.

Dated:   **September 25, 2014**                      **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE