1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>                                Plaintiffs,<br>v.<br><br>DAIRYAMERICA, INC. and CALIFORNIA DAIRIES, INC.,<br><br>                                Defendants. | Case No. 1:09-cv-00430-AWI-GSA<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENTS AND FILE REDACTED VERSIONS** |

      This matter comes before the Court on the Plaintiffs' Request to Seal Documents and File Redacted Versions ("Request") pursuant to Civil Local Rules 140 and 141.  Upon consideration of the Request, the papers submitted in support and in opposition thereto, and good cause appearing, the Request is GRANTED. Accordingly, it is hereby ordered that the Clerk of the Court is directed to file the unredacted version of the following document under seal:

      1.   Response to Order to Show Cause Why Plaintiffs' Motion to File a Second Amended Complaint Should not be Denied.

         In order to facilitate the filing of the above document under seal, Plaintiff shall e-mail the document to the following e-mail address: ApprovedSealed@caed.uscourts.gov. Plaintiffs shall file the redacted version of these document directly via CM/ECF after the sealed document has been filed by the Clerk of the Court.

         Plaintiffs are advised that only the Court can view sealed documents. Opposing counsel or Plaintiffs will not be able to view the sealed document via the CM/ECF system. As

such, Plaintiffs shall serve opposing counsel with copies of the unredacted copy to the extent that service has not already been effectuated.

IT IS SO ORDERED.

Dated:   December 9, 2014                           _____
                                                                            SENIOR DISTRICT JUDGE