Allison A. Davis (# 139203)
Sanjay M. Nangia (# 264986)
**DAVIS WRIGHT TREMAINE LLP**
505 Montgomery Street, Suite 800
San Francisco, CA 94110
Telephone:  (415) 275-6580
Facsimile:   (415) 276 4880
allisondavis@dwt.com
sanjaynangia@dwt.com

Charles M. English, *pro hac vice*
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Avenue, NW, Suite 800
Washington, D.C. 20006-3402
Telephone:  (202) 973-4200
Facsimile:   (202) 973-4499
chipenglish@dwt.com

Attorneys for Defendant DAIRYAMERICA, INC.

UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and BRIAN WOLFE, individually and on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DAIRYAMERICA, INC., et al., <br><br> Defendants. | Case No. 1:09-CV-00430-AWI-GSI <br><br> **ORDER GRANTING DEFENDANT DAIRYAMERICA'S MOTION FOR LEAVE TO EXCEED PAGE LIMITS** |

**ORDER**

This matter comes before the Court on Defendant DairyAmerica's Motion for Leave To Exceed Page Limits when filing a brief as described in the Court's Order to Show Cause, at Dkt. No. 190.  The Motion is GRANTED and DairyAmerica's brief may exceed the 10-page limit imposed by the Scheduling Conference Order and file a memorandum up to 25 pages.

IT IS SO ORDERED.

Dated:   December 19, 2014   _____

SENIOR  DISTRICT  JUDGE

DAVIS WRIGHT TREMAINE LLP

2
ORDER GRANTING DEFENDANT DAIRYAMERICA'S MOTION FOR LEAVE

Case No. 1:09-CV-00430-AWI-GSI