Allison A. Davis (# 139203)
Sanjay M. Nangia (# 264986)
**DAVIS WRIGHT TREMAINE LLP**
505 Montgomery Street, Suite 800
San Francisco, CA 94110
Telephone: (415) 275-6580
Facsimile: (415) 276 4880
allisondavis@dwt.com
sanjaynangia@dwt.com

Charles M. English, *pro hac vice*
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Avenue, NW, Suite 800
Washington, D.C. 20006-3402
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
chipenglish@dwt.com

Attorneys for Defendant DAIRYAMERICA, INC.

UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and BRIAN WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC., et al.,<br><br>Defendants. | Case No. 1:09-CV-00430-AWI-GSI<br><br>**ORDER GRANTING DEFENDANT DAIRYAMERICA'S REQUEST FOR JUDICIAL NOTICE** |

**ORDER**

This matter comes before the Court on Defendant DairyAmerica's Request for Judicial Notice (the "Request"). Having considered the Request, papers submitted in support and any opposition, and good cause appearing, the Request is GRANTED.

IT IS SO ORDERED.

Dated:   January 7, 2015                                          _____
                                                                                    SENIOR DISTRICT JUDGE