BENJAMIN D. BROWN (SBN 202545)
bbrown@cohenmilstein.corn
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Counsel for Plaintiffs and the Proposed Class*

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>                             Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC. and CALIFORNIA DAIRIES, INC.,<br><br>                             Defendants. | Case No.  1:09 CV 00430-AWI GSA<br><br>**CLASS ACTION**<br><br>**SECOND STIPULATION TO AMEND THE SCHEDULING ORDER; ORDER THEREON** |

Effective this 22nd day of May 2015, the parties recite and stipulate as follows:

### RECITALS

WHEREAS, on April 6, 2015, the Honorable Magistrate Judge Gary S. Austin approved the parties' joint scheduling statement [#208], and adopted the dates set forth in the joint scheduling statement with modifications by ordering class certification discovery (including the filing of any motions to compel) to be completed by July 20, 2015 and setting October 5, 2015 as the last day for Plaintiffs to file their motion for class certification, with Defendant to file its opposition no later than December 18, 2015, with Plaintiffs to file any reply brief no later than

January 11, 2016, and with a hearing on Plaintiffs' motion for class certification to be heard on February 26, 2015.

WHEREAS, class certification discovery is presently scheduled to be completed by July 20, 2015, but issues involved the scheduling of depositions have arisen and caused delays that necessitate the parties seeking a brief additional three (3) week extension to complete class certification discovery.

WHEREAS, subject to Court approval, the parties have agreed to extend the deadline for the close of class certification discovery to August 14, 2015.  This extension on the completion of class certification discovery does not impact any of the other scheduled class certification dates ordered by Judge Austin on April 6, 2015.

WHEREAS, this is the second stipulation seeking a modification to the class certification schedule.

## STIPULATION

Now, therefore, the parties hereto do jointly stipulate as follows:

1. Subject to court approval, the currently scheduled date of July 20, 2015 for the completion of class certification discovery in the above-captioned matter is modified and extended, such that the new date to complete class certification discovery is August 14, 2015

2. Nothing in this Stipulation is intended to alter any of the other scheduled dates in this case.

DATED:  May 22, 2015            Respectfully submitted,

                **BERMAN DeVALERIO**

                By:   */s/ Christopher Heffelfinger*
                     Christopher T. Heffelfinger (SBN 118058)

                Joseph J. Tabacco, Jr. (SBN 75484)
                Christopher T. Heffelfinger (SBN 118058)
                A. Chowning Poppler (SBN 272870)
                One California Street, Suite 900
                San Francisco, CA 94104
                Telephone: (415) 433-3200

Facsimile: (415) 433-6382
Email: jtabacco@bermandevalerio.com
      cheffelfinger@bermandevalerio.com
      aphillips@bermandevalerio.com

Benjamin D. Brown (SBN 202545)
**COHEN MILSTEIN SELLERS**
   **& TOLL, PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: bbrown@cohenmilstein.com

George F. Farah
**COHEN MILSTEIN SELLERS**
   **& TOLL, PLLC**
88 Pine Street
14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: gfarah@cohenmilstein.com

Lynn L. Sarko
Mark A. Griffin
Juli E. Farris
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone: (206)-623-1900
Facsimile:  (206)-623-3384
Email: lsarko@kellerrohrback.com
      mgriffin@kellerrohrback.com
      jfarris@kellerrohrback.com

Ron Kilgard
**KELLER ROHRBACK P.L.C.**
3101 North Central Avenue, Suite 1400
Phoenix, AZ  85012
Telephone: (602)-248-0088
Facsimile:  (602)-248-2822
Email: rkilgard@kellerrohrback.com

*Counsel for Plaintiffs and the Proposed Class*

| | |
|---|---|
| Dated:  May 22, 2015 | **DAVIS WRIGHT TREMAINE LLP** |
| | By:   */s/ Allison A. Davis*<br>          Allison A. Davis (SBN 139203) |

Sanjay M. Nangia (# 264986)
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: allisondavis@dwt.com
           sanjaynangia@dwt.com

Charles M. English, Jr.
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Avenue, N.S., Suite 800
Washington, D.C. 20006-3401
Telephone: (202) 973-4272
Facsimile: (202) 973-4499
Email: chipenglish@dwt.com

Joseph M. Marchini
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue,
Fourth Floor
Fresno, CA 93704
Telephone: (559) 432-5400
Facsimile: (549) 432-5620
Email: jmarchini@bakermanock.com

*Counsel for Defendant DairyAmerica, Inc.*

IT IS SO ORDERED.

   Dated:   **May 26, 2015**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE