1  Allison A. Davis (# 139203)
   Sanjay Nangia (# 264986)
2  **DAVIS WRIGHT TREMAINE LLP**
3  505 Montgomery Street, Suite 800
   San Francisco, CA 94110
4  Telephone: (415) 275-6500
   Facsimile: (415) 276-6599
5  allisondavis@dwt.com
   sanjaynangia@dwt.com
6

7  Charles M. English, *pro hac vice*
   **DAVIS WRIGHT TREMAINE LLP**
8  1919 Pennsylvania Avenue, NW, Suite 800
   Washington, D.C. 20006-3402
9  Telephone: (202) 973-4200
   Facsimile: (202) 973-4499
10 chipenglish@dwt.com

11
   Attorneys for Defendant, DAIRYAMERICA, INC.
12 [Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC. and CALIFORNIA DAIRIES, INC.,<br><br>Defendants. | Case No. 1:09 CV 00430-AWI-GSA<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER FOR AMENDING SCHEDULING ORDER**<br><br>Judge: Hon. Magistrate Judge Gary S. Austin<br>Action Filed: March 6, 2009 |

STIPULATION FOR AMENDING THE SCHEDULING ORDER
Case No. 1:09-CV-00430-AWI-GSA
DWT 27489721v2 0090114-000001

WHEREAS, on April 6, 2015, the Honorable Magistrate Judge Gary S. Austin approved the parties' joint scheduling statement [#208], and adopted the dates set forth in the joint scheduling statement with modifications by ordering class certification discovery (including the filing of any motions to compel) to be completed by July 20, 2015; and setting October 5, 2015 as the last day for Plaintiffs to file their motion for class certification, with Defendant to file its opposition by December 18, 2015, with Plaintiffs to file any reply brief by January 11, 2016, and with a hearing on Plaintiffs' motion for class certification to be heard on February 26, 2015;

WHEREAS the Court approved the parties' stipulation to extend the deadline for the close of class certification discovery to August 14, 2015 [#212];

WHEREAS, while the parties have completed a substantial amount of class and merits discovery, including approximately 20 depositions, serious personal issues of one of Plaintiff's lead attorneys has arisen and caused delays in fully completing class discovery;

WHEREAS the parties estimate that an additional eight weeks will allow them to complete class certification discovery and agree that the existing schedule should be modified accordingly;

Now, therefore, the parties hereto do stipulate as follows:

1. Subject to Court approval, the case schedule shall now be as follows:

- <u>October 14, 2015</u>: close of class certification discovery
- <u>December 7, 2015</u>: Last day for Plaintiffs to file motion for class certification (and any accompanying expert disclosures, reliance materials, and data sets)
- <u>February 26, 2016</u>: Last day for Defendants to file opposition to Plaintiffs' motion for class certification
- <u>March 21, 2016</u>: Last day for Plaintiffs to file reply brief in support of motion for class certification
- <u>To be supplied by Court</u>: Hearing on motion for class certification

DATED:  August 6, 2015         Respectfully submitted,

**DAVIS WRIGHT TREMAINE LLP**

By: */s/Allison A. Davis*
    Allison A. Davis (SBN 139203)
Sanjay M. Nangia (# 264986)
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: allisondavis@dwt.com
      sanjaynangia@dwt.com

Charles M. English, Jr.
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Avenue, N.S., Suite 800
Washington, D.C. 20006-3401
Telephone: (202) 973-4272
Facsimile: (202) 973-4499
Email: chipenglish@dwt.com

Joseph M. Marchini
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue,
Fourth Floor
Fresno, CA 93704
Telephone: (559) 432-5400
Facsimile: (549) 432-5620
Email: jmarchini@bakermanock.com

*Counsel for Defendant DairyAmerica, Inc.*


By: */s/George Farah*
Benjamin D. Brown (SBN 202545)
**COHEN MILSTEIN SELLERS
& TOLL, PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: bbrown@cohenmilstein.com

George F. Farah
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
88 Pine Street
14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: gfarah@cohenmilstein.com

Joseph J. Tabacco, Jr. (SBN 75484)
Christopher T. Heffelfinger (SBN 118058)
**BERMAN DeVALERIO**
One California Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermandevalerio.com
         cheffelfinger@bermandevalerio.com

Lynn L. Sarko
Mark A. Griffin
Juli E. Farris
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone: (206)-623-1900
Facsimile:  (206)-623-3384
Email: lsarko@kellerrohrback.com
         mgriffin@kellerrohrback.com
         jfarris@kellerrohrback.com

Ron Kilgard
**KELLER ROHRBACK P.L.C.**
3101 North Central Avenue, Suite 1400
Phoenix, AZ  85012
Telephone: (602)-248-0088
Facsimile:  (602)-248-2822
Email: rkilgard@kellerrohrback.com

*Counsel for Plaintiffs and the Proposed Class*

# ORDER

Based on the foregoing stipulation of the parties and good cause appearing, the Court extends pre-certification scheduling dates as follows:

|  | PREVIOUS DATE | NEW DATE |
|---|---|---|
| **Discovery cutoff (class certification)** | August 14, 2015 | November 13, 2015 |
| **Plaintiff's motion for class certification due** | October 5, 2015 | January 8, 2016 |
| **Defendant's opposition to motion for class certification due** | December 18, 2015 | March 21 2016 |
| **Plaintiff's reply brief due** | January 11, 2016 | April 18, 2016 |
| **Class certification hearing** | February 26, 2016<br>Time: 9:30 a.m.<br>Dept.: 10 | May 27, 2016<br>Time: 9:30 a.m.<br>Dept.: 10 |

IT IS SO ORDERED.

Dated: __August 6, 2015__         __/s/ Gary S. Austin__
                                                          UNITED STATES MAGISTRATE JUDGE