1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>                        Plaintiffs,<br>v.<br><br>DAIRYAMERICA, INC.,<br>                        Defendant. | Case No. 1:09-cv-00430-AWI-GSA<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENTS AND FILE REDACTED VERSIONS** |

**IT IS HEREBY ORDERED:**

This matter comes before the Court on the Plaintiffs' Request to Seal Documents and File Redacted Versions ("Request") pursuant to Civil Local Rules 140 and 141.

Upon consideration of the Request, the papers submitted in support and in opposition thereto, and good cause appearing, the Request is GRANTED.

Accordingly, the Clerk of the Court is directed to file redacted versions of the following documents on the public docket and is further directed to file the unredacted versions of the documents under seal. Only the parties' counsel of record and the Court and its staff shall have access to the unredacted document.

1. Plaintiffs' Memorandum in Support of Motion For Leave To File Second Amended Consolidated Complaint; and

2. Plaintiffs' [Proposed] Second Amended Consolidated Complaint.

IT IS SO ORDERED.

Dated:   September 28, 2015                                 _____
                                                                                        SENIOR DISTRICT JUDGE