BENJAMIN D. BROWN (SBN 202545)
bbrown@cohenmilstein.corn
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Counsel for Plaintiffs and the Proposed Class*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC. and CALIFORNIA DAIRIES, INC.,<br><br>Defendants. | Case No.  1:09 CV 00430-AWI EPG<br><br>**CLASS ACTION**<br><br>**FOURTH STIPULATION TO AMEND THE SCHEDULING ORDER; ORDER THEREON** |

1        Effective this 6th day of October 2015, the parties recite and stipulate as follows:

2                                                  **RECITALS**

3        WHEREAS, on August 6, 2015, based on a stipulation entered into by the parties, the Honorable Magistrate Judge Gary S. Austin extended the pre-certification schedule [#219] and ordered class certification discovery (including the filing of any motions to compel) to be completed by November 13, 2015 and Plaintiffs' motion for class certification to be filed by January 8, 2016, with Defendant to file its opposition no later than March 21, 2016, with Plaintiffs to file any reply brief no later than April 18, 2016, and with a hearing on Plaintiffs' motion for class certification to be heard on May 27, 2016;

        WHEREAS, on September 25, 2015, the Plaintiffs filed a motion for leave to amend the complaint to add causes of action and defendant parties;

        WHEREAS, the parties have agreed to extend the briefing schedule regarding Plaintiffs' motion for leave to amend the complaint, and also to extend the page limits for the opposition and reply briefs in response to that motion;

        WHEREAS, in light of Plaintiffs' motion for leave to amend the complaint and the associated briefing schedule, the parties have agreed to extend the deadline for the close of class certification discovery and the filing of the motion for class certification;

        Now, therefore, the parties hereto do stipulate as follows:

        1.   Subject to court approval, the briefing schedule regarding Plaintiffs' motion for leave to amend the complaint should now be as follows:

- <u>October 23, 2015</u>: Last day for Defendants to file opposition to Plaintiffs' motion for leave to amend the complaint.
- <u>November 6, 2015</u>: Last day for Plaintiffs to file reply brief in support of their motion for leave to amend the complaint.
- <u>November 16, 2015, at 1:30 PM, Courtroom 2</u>: Hearing on motion for leave to amend the complaint.

2. Subject to court approval, the page limits for the briefs in response to Plaintiffs' motion for leave to amend the complaint, should now be as follows:

- <u>Opposition Brief</u>: The opposition brief may be up to, but will not exceed, 35 pages in length.
- <u>Reply Brief</u>: The reply brief may be up to, but will not exceed, 20 pages in length.

3. Subject to court approval, the pre-certification case schedule should now be as follows:

- <u>December 14, 2015</u>: close of class certification discovery.
- <u>February 9, 2016</u>: Last day for Plaintiffs to file motion for class certification (and any accompanying expert disclosures, reliance materials, and data sets).
- <u>April 22, 2016</u>: Last day for Defendants to file opposition to Plaintiffs' motion for class certification.
- <u>May 20, 2016</u>: Last day for Plaintiffs to file reply brief in support of motion for class certification.
- <u>July 8, 2016, at 10:00 AM, Courtroom 10</u>: Hearing on motion for class certification.

DATED: October 6, 2015         Respectfully submitted,

**BERMAN DeVALERIO**

By: */s/ A. Chowning Poppler*
    A. Chowning Poppler (SBN 272870)

Joseph J. Tabacco, Jr. (SBN 75484)
Christopher T. Heffelfinger (SBN 118058)
One California Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermandevalerio.com
    cheffelfinger@bermandevalerio.com

cpoppler@bermandevalerio.com

Benjamin D. Brown (SBN 202545)
**COHEN MILSTEIN SELLERS
   & TOLL, PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: bbrown@cohenmilstein.com

George F. Farah
**COHEN MILSTEIN SELLERS
   & TOLL, PLLC**
88 Pine Street
14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email:  gfarah@cohenmilstein.com

Lynn L. Sarko
Mark A. Griffin
Juli E. Farris
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone: (206)-623-1900
Facsimile:  (206)-623-3384
Email: lsarko@kellerrohrback.com
          mgriffin@kellerrohrback.com
          jfarris@kellerrohrback.com

Ron Kilgard
**KELLER ROHRBACK P.L.C.**
3101 North Central Avenue, Suite 1400
Phoenix, AZ  85012
Telephone: (602)-248-0088
Facsimile:  (602)-248-2822
Email: rkilgard@kellerrohrback.com

*Counsel for Plaintiffs and the Proposed Class*

| | | |
|---|---|---|
| 1 | Dated: October 6, 2015 | **DAVIS WRIGHT TREMAINE LLP** |
| 2 | | By: _/s/ Allison A. Davis_ |
| 3 | | Allison A. Davis (SBN 139203) |

Sanjay M. Nangia (# 264986)
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: allisondavis@dwt.com
   sanjaynangia@dwt.com

Charles M. English, Jr.
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Avenue, N.S., Suite 800
Washington, D.C. 20006-3401
Telephone: (202) 973-4272
Facsimile: (202) 973-4499
Email: chipenglish@dwt.com

Joseph M. Marchini
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue,
Fourth Floor
Fresno, CA 93704
Telephone: (559) 432-5400
Facsimile: (549) 432-5620
Email: jmarchini@bakermanock.com

*Counsel for Defendant DairyAmerica, Inc.*

### ORDER

IT IS SO ORDERED.

Dated:  October 21, 2015            _____
                                  SENIOR  DISTRICT  JUDGE