UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI AND BRIAN WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRY AMERICA, INC. and CAIFORNIA DAIRIES, INC.,<br><br>Defendants. | 1:09-cv-0430  AWI DLB<br><br>CLASS ACTION<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED REQUEST TO FILE SINGLE REPLY BRIEF |

Plaintiffs' request for leave to file a consolidated reply brief, not to exceed 30 pages, on their motion for leave to file a second amended consolidated complaint (ECF No. 223) in response to the opposition briefs filed by Defendant DairyAmerica, Inc. (ECF No. 228) and non-party California Dairies, Inc. (ECF No. 230) is GRANTED.

IT IS SO ORDERED.

Dated:   November 4, 2015                    _____
                                              SENIOR  DISTRICT  JUDGE

1