BENJAMIN D. BROWN (SBN 202545)
bbrown@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Counsel for Plaintiffs and the Proposed Class*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC.,<br><br>                              Defendant. | Case No.  1:09-cv-00430-AWI-EPG<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER RE STAYING DISCOVERY AND CLASS CERTIFICATION DISCOVERY DEADLINE** |

[No. 1:09 CV 00430-AWI-EPG] STIPULATION AND ORDER RE STAYING DISCOVERY AND CLASS CERTIFICATION DISCOVERY DEADLINE

1    On this 9th day of November 2015, the parties having so stipulated;

2    WHEREAS, the current Scheduling Order provides that class certification-related
3    discovery shall be completed by December 14, 2014;

4    WHEREAS, on September 25, 2015, Plaintiffs filed leave to amend the complaint to add
5    new parties and claims, which motion was opposed;

6    WHEREAS, Plaintiffs' motion has not yet been ruled upon;

7    WHEREAS, the substance, timing and participants in various currently-noticed
8    upcoming depositions may vary depending upon the resolution of the pending motion and
9    proceeding with those depositions before resolution of the pending motion may cause confusion
10   and potentially the need for witnesses to be re-deposed; and

11   WHEREAS, the parties, having met and conferred, believe the case would be best served
12   with a stay of all discovery and the class certification discovery deadline pending a ruling on
13   Plaintiffs' Motion For Leave To Amend Complaint (ECF No. 220);

14   IT IS STIPULATED as follows:

15   **1.   Class Certification Discovery Cut-Off and Briefing Deadlines.**

16   (a)   The deadline for class certification discovery (and associated deadlines for
17   briefing class certification) shall be stayed until entry of an Order on Plaintiffs' Motion For
18   Leave To Amend Complaint (ECF No. 220).

19   (b)   Within fourteen days of entry of such Order, the parties shall submit to the Court
20   a Status Report and a Proposed Amended Scheduling Order.

21

22   **2.   Discovery Pending the Order on Plaintiffs' Motion For Leave to Amend Complaint.**

23   In the interest of judicial economy and efficiency, all discovery (including depositions
24   of entities that plaintiffs' have proposed be added as parties) in the case will be stayed until the
25   Court enters an Order on Plaintiffs' Motion for Leave to Amend Complaint.  The parties may
26   continue to meet and confer on existing pending discovery.

27

28   [No. 1:09 CV 00430-AWI-EPG] STIPULATION AND  ORDER RE STAYING DISCOVERY AND CLASS
     CERTIFICATION DISCOVERY DEADLINE                                                           1

DATED:  November 9, 2015          Respectfully submitted,

**BERMAN DeVALERIO**

By:   */s/ A. Chowning Poppler*
      A. Chowning Poppler (SBN 272870)

Joseph J. Tabacco, Jr. (SBN 75484)
Christopher T. Heffelfinger (SBN 118058)
One California Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermandevalerio.com
      cheffelfinger@bermandevalerio.com
      cpoppler@bermandevalerio.com

Benjamin D. Brown (SBN 202545)
**COHEN MILSTEIN SELLERS**
   **& TOLL, PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: bbrown@cohenmilstein.com

George F. Farah
**COHEN MILSTEIN SELLERS**
   **& TOLL, PLLC**
88 Pine Street
14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: gfarah@cohenmilstein.com

Lynn L. Sarko
Mark A. Griffin
Cari Campen Laufenberg
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone: (206)-623-1900
Facsimile:  (206)-623-3384
Email: lsarko@kellerrohrback.com
         mgriffin@kellerrohrback.com
         claufenberg@kellerrohrback.com

Ron Kilgard
**KELLER ROHRBACK L.L.P.**
3101 North Central Avenue, Suite 1400
Phoenix, AZ  85012
Telephone: (602)-248-0088
Facsimile:  (602)-248-2822
Email: rkilgard@kellerrohrback.com

*Counsel for Plaintiffs and the Proposed Class*

Dated:  November 9, 2015            **DAVIS WRIGHT TREMAINE LLP**


By:   */s/ Allison A. Davis* (as authorized on 11/9/15)
        Allison A. Davis (SBN 139203)

Sanjay M. Nangia (# 264986)
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: allisondavis@dwt.com
         sanjaynangia@dwt.com

Charles M. English, Jr.
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Avenue, N.S., Suite 800
Washington, D.C. 20006-3401
Telephone: (202) 973-4272
Facsimile: (202) 973-4499
Email: chipenglish@dwt.com

[No. 1:09 CV 00430-AWI-EPG] STIPULATION AND ORDER RE STAYING DISCOVERY AND CLASS CERTIFICATION DISCOVERY DEADLINE                                                                           3

Joseph M. Marchini
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue,
Fourth Floor
Fresno, CA 93704
Telephone: (559) 432-5400
Facsimile: (549) 432-5620
Email: jmarchini@bakermanock.com

*Counsel for Defendant DairyAmerica, Inc.*

IT IS SO ORDERED.

Dated:   November 12, 2015                    _____
                                                               SENIOR  DISTRICT  JUDGE