UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br>v.<br><br>DAIRYAMERICA, INC., and CALIFORNIA DAIRIES, INC.<br>         Defendants | Case No. 1:09-cv-00430-AWI-EPG<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENT AND FILE REDACTED VERSION** |

**IT IS HEREBY ORDERED:**

This matter comes before the Court on the Plaintiffs' Request to Seal Document and File Redacted Version ("Request") pursuant to Civil Local Rules 140 and 141.

Upon consideration of the Request, the papers submitted in support and in opposition thereto, and good cause appearing, the Request is GRANTED.

Accordingly, Plaintiffs are permitted to file a redacted version of Plaintiffs' Third Amended Class Action Complaint on the public docket and Plaintiffs will email the unredacted version of the document to ApprovedSealed@caed.uscourts.gov for filing under seal. Only the parties' counsel of record and the Court and its staff shall have access to the unredacted document.

IT IS SO ORDERED.

Dated:   February 24, 2016

SENIOR DISTRICT JUDGE