Allison A. Davis (# 139203)
Sanjay M. Nangia (# 264986)
**DAVIS WRIGHT TREMAINE LLP**
505 Montgomery Street, Suite 800
San Francisco, CA 94110
Telephone:  (415) 275-6580
Facsimile:   (415) 276 4880
allisondavis@dwt.com
sanjaynangia@dwt.com

Charles M. English, *pro hac vice*
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Avenue, NW, Suite 800
Washington, D.C. 20006-3402
Telephone:  (202) 973-4200
Facsimile:   (202) 973-4499
chipenglish@dwt.com

Attorneys for Defendant DAIRYAMERICA, INC.

[Additional Counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiff and Respondent,<br><br>　　v.<br><br>DAIRY AMERICA, INC.,<br><br>　　　　　Defendants. | CASE NO. 1:09 CV 00430 -AWI (EPG)<br><br>**STIPULATION AND ORDER** |

　　　Plaintiffs, individually and on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendant DairyAmerica, Inc. ("DairyAmerica"), by and through their respective attorneys of record, (collectively the "Parties") hereby stipulate to the following:

1

## RECITALS

Whereas the Parties wish to coordinate the initial filing, opposition, reply and hearing dates in relation to Defendants DairyAmerica's and California Dairies Inc.'s ("CDI") Motions to Dismiss the Third Amended Complaint in order to efficiently manage the Court's and Counsels' resources;

Whereas counsel for the Parties and CDI are negotiating a stipulation for this purpose and anticipate filing this soon; and

Whereas the current deadline for DairyAmerica to respond to the Third Amended Complaint is February 29, 2016, and Plaintiffs have agreed to provide DairyAmerica an interim extension while the aforementioned stipulation is finalized.

## STIPULATION

Therefore, IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their respective counsel of record, as follows:

1. DairyAmerica's Motion to Dismiss Plaintiffs' Third Amended Complaint, and all papers in support of the same, are due filed and served on or before March 2, 2016;

2. It is anticipated that the Parties and CDI will file a further stipulation coordinating the deadlines for the initial filing, opposition, reply and hearing dates in relation to Defendants DairyAmerica's and CDI's Motions to Dismiss the Third Amended Complaint.

Dated: February 29, 2016                                    Respectfully submitted,

*/s/ Allison Davis*                                         */s/ Benjamin Brown*

| | |
|---|---|
| Allison A. Davis #139203 | Benjamin D. Brown #202545 |
| Sanjay M. Nangia #264986 | George F. Farah |
| DAVIS WRIGHT TREMAINE | COHEN MILSTEIN SELLERS & TOLL, PLLC |
| 505 Montgomery Street, Suite 800 | 1100 New York Avenue, Suite 500 West |
| San Francisco, CA 94111 | Washington, DC 20005 |
| Telephone: (415) 276-6500 | Telephone: (202) 408-4600 |
| Facsimile: (415) 276-4880 | Facsimile: (202) 408-4699 |
| allisondavis@dwt.com | bbrown@cohenmilstein.com |
| sanjaynangia@dwt.com | gfarah@cohenmilstein.com |
| Charles M. English *Pro Hac Vice* | Joseph J. Tabacco, JR. #5484 |
| DAVIS WRIGHT TREMAINE LLP | Christopher T. Heffelfinger #118058 |
| 1919 Pennsylvania Ave., NW, Suite 800 | BERMAN DeVALERIO |

| | |
|---|---|
| Washington, D.C. 20006-3402<br>Telephone: (202) 973-4200<br>Facsimile (202 973-4499<br>chipenglish@dwt.com | One California Street, Suite 900<br>San Francisco, CA 94111<br>Telephone: (415) 433-3200<br>Facsimile:  (415) 433-6382<br>jtabacco@bermandevalerio.com<br>cheffelfinger@bermandevalerio.com |
| Joseph M. Marchini #082427<br>BAKER MANOCK & JENSEN, PC<br>5260 North Palm Avenue,<br>Fourth Floor<br>Fresno, CA 93704<br>Telephone: (559) 432-5400<br>Facsimile: (559) 432-5620<br>jmarchini@bakermanock.com<br><br>*Counsel for DairyAmerica Inc.* | Lynn L. Sarko<br>Cari Laufenberg<br>Juli E. Farris<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA  98101<br>Telephone: (206) 623-1900<br>Facsimile:  (206) 623-3384<br>lsarko@kellerrohrback.com<br>claufenberg@keller rohrback.com<br>jfarris@kellerohrback.com<br><br>*Counsel for Plaintiffs and the Proposed Class* |

**ORDER**

The Courts adopts the parties' stipulation as follows:

1. DairyAmerica's Motion to Dismiss Plaintiffs' Third Amended Complaint, and all papers in support of the same, are due filed and served on or before March 2, 2016;

2. It is anticipated that the Parties and CDI will file a further stipulation coordinating the deadlines for the initial filing, opposition, reply and hearing dates in relation to Defendants DairyAmerica's and CDI's Motions to Dismiss the Third Amended Complaint.

IT IS SO ORDERED.

Dated:   March 1, 2016                        _____
                                                                SENIOR  DISTRICT  JUDGE