## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC. and CALIFORNIA DAIRIES, INC.,<br><br>Defendants. | CASE NO. 1:09 CV 00430 (AWI)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS AND FILE REDACTED VERSIONS** |

### [PROPOSED]  ORDER

**IT IS HEREBY ORDERED:**

This matter comes before the Court on Defendant California Dairies, Inc. ("California Dairies")'s Notice of Request and Request to Seal Documents and File Redacted Versions ("Request")  pursuant to Civil Local Rules 140 and 141.

1   Upon consideration of the Request, the papers submitted in support and in opposition
2   thereto, and good cause appearing, the Request is GRANTED.
3   Accordingly, it is hereby ordered that California Dairies is permitted to file a redacted
4   version of California Dairies, Inc.'s Memorandum Of Law In Support Of Motion To Dismiss
5   Plaintiffs' Third Amended Class Action Complaint Pursuant To FRCP 12(B)(6) ("Memorandum
6   of Law") on the public docket.
7   California Dairies will email the unredacted version of the Memorandum of Law to
8   ApprovedSealed@caed.uscourts.org for filing under seal.
9   Only the parties' counsel of record and the Court and its staff shall have access to the
10  unredacted Memorandum of Law.

IT IS SO ORDERED.

Dated:  March 25, 2016

_____
SENIOR DISTRICT JUDGE