HANSON BRIDGETT LLP
John J. Vlahos  (SBN 32673)
jvlahos@hansonbridgett.com
Lawrence M. Cirelli (SBN 114710)
lcirelli@hansonbridgett.com
Megan Oliver Thompson  (SBN 256654)
moliverthompson@hansonbridgett.com
Shannon M. Nessier (SBN 267644)
snessier@hansonbridgett.com
425 Market Street, Suite 2600
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendant
CALIFORNIA DAIRIES, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC. and CALIFORNIA DAIRIES, INC.,<br><br>Defendants. | CASE NO. 1:09-CV-00430 (AWI)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING CALIFORNIA DAIRIES, INC.'S JOINDER TO DEFENDANT DAIRYAMERICA, INC.'S REQUEST FOR JUDICIAL NOTICE** |

**ORDER**

This matter comes before the Court on Defendant California Dairies, Inc. ("California Dairies")'s Joinder to Defendant DairyAmerica's Request for Judicial Notice in support of its Motion to Dismiss Third Amended Complaint (the "Request"). Having considered the Request, papers submitted in support and any opposition, and good cause appearing, the Request is GRANTED.

IT IS SO ORDERED.

Dated:   April 21, 2016                                    _____
                                                             SENIOR DISTRICT JUDGE