Allison A. Davis (State Bar No. 139203)
Sanjay M. Nangia (State Bar No. 264986)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Email:         allisondavis@dwt.com
               sanjaynangia@dwt.com

Charles M. English, *pro hac vice*
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20006-3402
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
Email:         chipenglish@dwt.com

Attorneys for Defendant DairyAmerica, Inc.

IN THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL RAZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC.<br><br>Defendant. | Case No. 1:09-cv-00430-AWI (EPG)<br><br>**ORDER GRANTING DEFENDANT DAIRYAMERICA'S REQUEST TO SEAL DOCUMENTS AND FILE REDACTED VERSIONS** |

1

**ORDER**

This matter comes before the Court on Defendant DairyAmerica's Request to Seal Documents and File Redacted Versions (the "Request") pursuant to Gen. L.R. 140 and 141. Having considered the Request, papers submitted in support and any opposition, and good cause appearing, the Request is GRANTED.

**IT IS HEREBY ORDERED**,

The Clerk is directed to file an unredacted version of Defendant DairyAmerica's Reply in Support of Motion to Dismiss Plaintiffs' Third Amended Complaint under seal.

Upon entry of this Order and after the Clerk of the Court has filed the unredacted document under seal, Defendant DairyAmerica will file a redacted version of the above document directly via CM/ECF. DairyAmerica has already served counsel for all parties with copies of the unredacted document. Only the Court and its staff shall have access to the unredacted document.

IT IS SO ORDERED.

Dated:   April 21, 2016

SENIOR DISTRICT JUDGE