# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC. and CALIFORNIA DAIRIES, INC.,<br><br>Defendants. | CASE NO. 1:09 CV 00430 (AWI)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING DEFENDANT CALIFORNIA DAIRIES, INC.'S REQUEST TO SEAL DOCUMENT AND FILE REDACTED VERSION** |

## **ORDER**

**IT IS HEREBY ORDERED:**

This matter comes before the Court on Defendant California Dairies, Inc. ("California Dairies")'s Notice of Request and Request to Seal Document and File Redacted Version ("Request") pursuant to Civil Local Rules 140 and 141.

Upon consideration of the Request, the papers submitted in support and in opposition thereto, and good cause appearing, the Request is GRANTED.

12292887.1

-1-

1  Accordingly, it is hereby ordered that California Dairies is permitted to file a redacted
2 version of California Dairies, Inc.'s Reply to Plaintiffs' Opposition to Motion To Dismiss
3 Plaintiffs' Third Amended Class Action Complaint Pursuant To FRCP 12(B)(6) ("Reply") on the
4 public docket.

5  California Dairies will email the unredacted version of the Reply to
6 ApprovedSealed@caed.uscourts.gov  for filing under seal.

7  Only the parties' counsel of record and the Court and its staff shall have access to the
8 unredacted Reply.

10 IT IS SO ORDERED.

11 Dated:   April 21, 2016

SENIOR DISTRICT JUDGE

12292887.1

-2-