Allison A. Davis (State Bar No. 139203)
Sanjay M. Nangia (State Bar No. 264986)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
Email:         allisondavis@dwt.com
                   sanjaynangia@dwt.com

Charles M. English, *pro hac vice*
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20006-3402
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
Email:         chipenglish@dwt.com

Attorneys for Defendant DairyAmerica, Inc.

IN THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL RAZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DAIRYAMERICA, INC.<br><br>　　　　　　Defendant. | Case No. 1:09-cv-00430-AWI (EPG)<br><br>**ORDER GRANTING DEFENDANT DAIRYAMERICA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS REPLY IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT** |

1

**ORDER**

This matter comes before the Court on Defendant DairyAmerica's Request for Judicial Notice in support of its Reply In Support of Motion to Dismiss Third Amended Complaint (the "Request"). Having considered the Request, papers submitted in support and any opposition, and good cause appearing, the Request is GRANTED.

IT IS SO ORDERED.

Dated:   April 21, 2016                                   _____
                                                                    SENIOR DISTRICT JUDGE