1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br>                              Plaintiffs,<br>v.<br><br>DAIRYAMERICA, INC., and CALIFORNIA DAIRIES, INC.<br>                              Defendants | Case No. 1:09-cv-00430-AWI-EPG<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENT**<br><br>**(Doc. 301)** |

**IT IS HEREBY ORDERED:**

This matter comes before the Court on the Plaintiffs' Request to Seal Document ("Request") pursuant to Local Rule 141. (Doc. 301).  Upon consideration of the Request, the papers submitted in support thereto, and good cause appearing, the Request is GRANTED.  Accordingly, Exhibit 1 attached to Attachment A of the Joint Statement of Discovery Dispute (Doc. 300-1) shall be sealed.  The Court has forwarded the document to be sealed to the Clerk's Office.

IT IS SO ORDERED.

Dated:   **May 13, 2016**                                /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE