HANSON BRIDGETT LLP
JOHN J. VLAHOS, SBN 32673
jvlahos@hansonbridgett.com
LAWRENCE M. CIRELLI, SBN 114710
lcirelli@hansonbridgett.com
MEGAN OLIVER THOMPSON, SBN 256654
moliverthompson@hansonbridgett.com
SHANNON M. NESSIER, SBN 267644
snessier@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
CALIFORNIA DAIRIES, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRY AMERICA, INC., and CALIFORNIA DAIRIES, INC.,<br><br>Defendants. | CASE NO. 1:09 CV 00430-AWI<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT**<br><br>Action Filed: March 6, 2009 |

Pursuant to Rule 6-143 of the General Local Rules of the above titled Court, Plaintiffs, individually and on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendants DairyAmerica, Inc. ("DairyAmerica") and California Dairies, Inc. ("California Dairies") (collectively, "Defendants"), by and through their respective attorneys of record, (collectively, the "Parties") hereby stipulate to the following:

**RECITALS**

Whereas Plaintiffs filed a Third Amended Complaint on February 10, 2016;

Whereas Defendants filed concurrent Motions to Dismiss Plaintiffs' Third Amended Complaint, pursuant to Fed. R. Civ. P. 12(b)(6), on March 30, 2016;

Whereas the Court filed its Order granting in part and denying in part Defendants' Motions to Dismiss on May 2, 2016;

Whereas Defendants filed concurrent Motions for Reconsideration of the Order on Defendants' Motions to Dismiss on May 16, 2016;

Whereas the Court filed an Order denying Defendants' Motions for Reconsideration on June 23, 2016;

Whereas, following the Court's Order denying Defendants' Motions for Reconsideration, the deadline for Defendants to each respond to the Third Amended Complaint was July 7, 2016;

Whereas, given the intervening national holiday and the complexity and length of Plaintiffs' Third Amended Complaint, Defendants sought an extension of time to respond thereto;

Whereas, Plaintiffs have agreed to provide Defendants with an extension to the deadline to respond to the Third Amended Complaint.

**STIPULATION**

Therefore, IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their respective counsel of record, as follows:

1. The deadline for Defendants to respond to the Third Amended Complaint shall be extended by 11 days, up to and including July 18, 2016;

2. This stipulation will not alter the date of any event or any deadline already fixed by Court order.

1 | IT IS SO STIPULATED.

2 | DATED: July 7, 2016           **COHEN MILSTEIN SELLERS & TOLL, PLLC**

By:   */s/ George F. Farah*

Benjamin D. Brown
George F. Farah
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Avenue, Suite 500 West
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bbrown@cohenmilstein.com
gfarah@cohenmilstein.com

Joseph J. Tabacco, Jr
Christopher T. Heffelfinger
Chowning Poppler
**BERMAN DeVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
jtabacco@bermandevalerio.com
cheffelfinger@bermandevalerio.com
cpoppler@bermandevalerio.com

Mark A. Griffin
Cari Laufenberg
Raymond Farrow
**KELLER ROHRBACK LLP**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
lsarko@kellerrohrback.com
claufenberg@keller rohrback.com
jfarris@kellerohrback.com

*Counsel for Plaintiffs and the Proposed Class*

/ / /
/ / /
/ / /
/ / /
/ / /

1 | Dated: July 7, 2016            **DAVIS WRIGHT TREMAINE LLP**

                                        By:    */s/ Charles M. English*
                                                 Charles M. English

                                                 Charles M. English Pro Hac Vice
                                                 **DAVIS WRIGHT TREMAINE LLP**
                                                 1919 Pennsylvania Ave., NW, Suite 800
                                                 Washington, D.C. 20006-3402
                                                 Telephone: (202) 973-4200
                                                 Facsimile (202 973-4499
                                                 chipenglish@dwt.com

                                                 Allison A. Davis
                                                 Sanjay M. Nangia
                                                 **DAVIS WRIGHT TREMAINE LLP**
                                                 505 Montgomery Street, Suite 800
                                                 San Francisco, CA 94111
                                                 Telephone: (415) 276-6500
                                                 Facsimile: (415) 276-4880
                                                 allisondavis@dwt.com
                                                 sanjaynangia@dwt.com

                                                 Joseph M. Marchini
                                                 **BAKER MANOCK & JENSEN, PC**
                                                 5260 North Palm Avenue,
                                                 Fourth Floor
                                                 Fresno, CA 93704
                                                 Telephone: (559) 432-5400
                                                 Facsimile: (559) 432-5620
                                                 jmarchini@bakermanock.com

                                                 *Counsel for Defendant DairyAmerica, Inc.*

20 | / / /
21 | / / /
22 | / / /
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

Dated: July 7, 2016            **HANSON BRIDGETT LLP**

By:   */s/ Lawrence M. Cirelli*
John J. Vlahos
Lawrence M. Cirelli
Megan Oliver Thompson
Shannon M. Nessier
425 Market Street, Suite 2600
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jvlahos@hansonbridgett.com
lcirelli@hansonbridgett.com
moliverthompson@hansonbridgett.com
snessier@hansonbridgett.com

*Counsel for Defendant California Dairies, Inc.*

**ORDER**

The Court adopts the Parties' stipulation as follows:

    1.    The deadline for Defendants to each respond to the Third Amended Complaint shall be extended by 11 days, up to and including July 18, 2016;

    2.    This stipulation will not alter the date of any event or any deadline already fixed by Court order.

IT IS SO ORDERED.

Dated:   July 7, 2016                          _____
                                                        SENIOR DISTRICT JUDGE