# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>                                    Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC., and CALIFORNIA DAIRIES, INC.<br><br>                                    Defendants | Case No. 1:09-cv-00430-AWI EPG<br><br>**CLASS ACTION**<br><br>[**PROPOSED**] **ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENTS AND FILE REDACTED VERSIONS** |

   This matter comes before the Court on the Plaintiffs' Request to Seal Documents and File Redacted Versions ("Request") pursuant to Civil Local Rules 140 and 141.

   Upon consideration of the Request, the papers submitted in support thereto, and good cause appearing, the Request will be granted.[1]

   Accordingly, IT IS HEREBY ORDERED that:

1.   Plaintiffs are permitted to file redacted versions of Plaintiffs' Memorandum in Support of Motion For Leave To File Fourth Amended Consolidated Class Action Complaint

---

[1] The Court notes that a stipulated protective order was approved by the Magistrate Judge in April 2013. See Doc. No. 129.

("Memorandum") and Plaintiffs' [Proposed] Fourth Amended Consolidated Class Action Complaint, which is attached as Exhibit A to the Memorandum, on the public docket, and Plaintiffs will email the unredacted versions of the documents to ApprovedSealed@caed.uscourts.gov for filing under seal; and

2. Only the parties' counsel of record, the Court and its staff shall have access to the unredacted documents.

IT IS SO ORDERED.

Dated:   February 10, 2017

_____
SENIOR DISTRICT JUDGE