1   BENJAMIN D. BROWN (SBN 202545)
    bbrown@cohenmilstein.com
2   **COHEN MILSTEIN SELLERS & TOLL, PLLC**
    1100 New York Avenue, N.W.
3   Suite 500, West Tower
    Washington, D.C. 20005
4   Telephone: (202) 408-4600
    Facsimile: (202) 408-4699
5
    *Counsel for Plaintiffs and the Proposed Class*
6
    [Additional counsel listed on signature page]
7

8

9                  **UNITED STATES DISTRICT COURT**

10                 **EASTERN DISTRICT OF CALIFORNIA**

11                      **FRESNO DIVISION**

12

13  GERALD CARLIN, JOHN RAHM, PAUL          Case No.  1:09 CV 00430-AWI (EPG)
    ROZWADOWSKI and DIANA WOLFE,
    individually and on behalf of themselves and   **CLASS ACTION**
14  all others similarly situated,
                                            **STIPULATION AND [PROPOSED]**
15                              Plaintiffs,  **ORDER RE BRIEFING SCHEDULE FOR**
                                            **MOTION FOR LEAVE TO FILE**
16  v.                                      **FOURTH AMENDED CONSOLIDATED**
                                            **CLASS ACTION COMPLAINT**
17  DAIRYAMERICA, INC., and
    CALIFORNIA DAIRIES, INC.,
18
                               Defendants.
19

20

21

22

23

24

25

26

27

28
    _____
    [No. 1:09 CV 00430-AWI-EPG] STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
                                                                        13254902.1

1    On this 27th day of February 2017, the parties recite and stipulate as follows:

2    WHEREAS, on February 9, 2017, Plaintiffs filed a motion for leave to amend the

3    complaint which seeks to add a California class and defendant parties, among other things;

4    WHEREAS, the current briefing schedule provides that (1) Defendants' opposition to

5    Plaintiffs' Motion for Leave to file Fourth Amended Consolidated Class Action Complaint is due

6    on February 27, 2017; (2) Plaintiffs' reply in support of the motion is due on March 6, 2013; and

7    (3) the hearing is set for March 13, 2017, at 1:30 p.m.;

8    WHEREAS, the parties have met and conferred and agreed to extend the briefing schedule

9    to allow adequate time for the parties to prepare responses;

10    IT IS STIPULATED, subject to court approval, the briefing schedule regarding Plaintiffs'

11    motion for leave to amend the complaint should be revised to reflect the following dates:

12    •    March 17, 2017: Last date for Defendants to file opposition to Plaintiffs' motion

13        for leave to amend the complaint.

14    •    April 14, 2017: Last date for Plaintiffs to file reply in support of their motion for

15        leave to amend the complaint.

16    •    April 24, 2017 at 1:30 p.m., Courtroom 2: Hearing on motion for leave to amend

17        the complaint.

18    DATED:  February 27, 2017          Respectfully submitted,

19                                        **BERMAN DeVALERIO**

20

21                                        By:    */s/ A. Chowning Poppler*
                                                A. Chowning Poppler (SBN 272870)

22

23                                        Joseph J. Tabacco, Jr. (SBN 75484)
                                         Christopher T. Heffelfinger (SBN 118058)
                                         44 Montgomery Street, Suite 650

24                                        San Francisco, CA 94104
                                         Telephone: (415) 433-3200

25                                        Facsimile: (415) 433-6382
                                         Email: jtabacco@bermandevalerio.com

26                                                cheffelfinger@bermandevalerio.com
                                                cpoppler@bermandevalerio.com

27

28

Benjamin D. Brown (SBN 202545)
**COHEN MILSTEIN SELLERS**
  **& TOLL, PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: bbrown@cohenmilstein.com


George F. Farah
**COHEN MILSTEIN SELLERS**
  **& TOLL, PLLC**
88 Pine Street
14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: gfarah@cohenmilstein.com

Lynn L. Sarko
Mark A. Griffin
Cari Campen Laufenberg
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone: (206)-623-1900
Facsimile:  (206)-623-3384
Email: lsarko@kellerrohrback.com
         mgriffin@kellerrohrback.com
         claufenberg@kellerrohrback.com

Ron Kilgard
**KELLER ROHRBACK L.L.P.**
3101 North Central Avenue, Suite 1400
Phoenix, AZ  85012
Telephone: (602)-248-0088
Facsimile:  (602)-248-2822
Email: rkilgard@kellerrohrback.com

*Counsel for Plaintiffs and the Proposed Class*

1

Dated:  February 27, 2017           **DAVIS WRIGHT TREMAINE LLP**

2

3                                   By:  ___*/s/ Allison A. Davis*_____
                                            Allison A. Davis (SBN 139203)

4
                                    Sanjay M. Nangia (# 264986)
5                                   505 Montgomery Street, Suite 800
                                    San Francisco, CA 94111-6533
6                                   Telephone: (415) 276-6500
                                    Facsimile: (415) 276-6599
7                                   Email: allisondavis@dwt.com
                                            sanjaynangia@dwt.com

8                                   Charles M. English, Jr.
9                                   **DAVIS WRIGHT TREMAINE LLP**
                                    1919 Pennsylvania Avenue, N.S., Suite 800
10                                  Washington, D.C. 20006-3401
                                    Telephone: (202) 973-4272
11                                  Facsimile: (202) 973-4499
                                    Email: chipenglish@dwt.com

12                                  Joseph M. Marchini
13                                  **BAKER MANOCK & JENSEN, PC**
                                    5260 North Palm Avenue,
14                                  Fourth Floor
                                    Fresno, CA 93704
15                                  Telephone: (559) 432-5400
                                    Facsimile: (549) 432-5620
16                                  Email: jmarchini@bakermanock.com

17                                  *Counsel for Defendant DairyAmerica, Inc.*

18

Dated: February 27, 2017            **HANSON BRIDGETT LLP**

19

20                                  By:  ___*/s/ Megan Oliver Thompson*_____
                                            Megan Oliver Thompson (SBN 256654)

21                                  Lawrence M. Cirelli (SBN 114710)
22                                  Shannon M. Nessier (SBN 267644)
                                    425 Market Street, Suite 2600
23                                  San Francisco, CA 94105
                                    Telephone: (415) 777-3200
24                                  Facsimile: (415) 541-9366
                                    Email: lcirelli@hansonbridgett.com
25                                          moliverthompson@hansonbridgett.com
                                            snessier@hansonbridgett.com

26
                                    *Counsel for Defendant California Dairies, Inc.*
27

28

---

[No. 1:09 CV 00430-AWI-EPG] STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE   3

1        IT IS SO ORDERED.

2

3    DATED: _____        _____

4                                    Senior United States District Judge Anthony W. Ishii

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13254902.1