1  BENJAMIN D. BROWN (SBN 202545)
   bbrown@cohenmilstein.com
2  **COHEN MILSTEIN SELLERS & TOLL, PLLC**
   1100 New York Avenue, N.W.
3  Suite 500, West Tower
   Washington, D.C. 20005
4  Telephone: (202) 408-4600
   Facsimile: (202) 408-4699

*Counsel for Plaintiffs and the Proposed Class*

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC., and CALIFORNIA DAIRIES, INC.,<br><br>Defendants. | Case No. 1:09-CV-0430-AWI (EPG)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR MOTION FOR LEAVE TO FILE FOURTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT, and ORDER VACATING MARCH 13, 2017 HEARING DATE** |

1    On this 27th day of February 2017, the parties recite and stipulate as follows:

2    WHEREAS, on February 9, 2017, Plaintiffs filed a motion for leave to amend the
3 complaint which seeks to add a California class and defendant parties, among other things;

4    WHEREAS, the current briefing schedule provides that (1) Defendants' opposition to
5 Plaintiffs' Motion for Leave to file Fourth Amended Consolidated Class Action Complaint is due
6 on February 27, 2017; (2) Plaintiffs' reply in support of the motion is due on March 6, 2013; and
7 (3) the hearing is set for March 13, 2017, at 1:30 p.m.;

8    WHEREAS, the parties have met and conferred and agreed to extend the briefing
9 schedule to allow adequate time for the parties to prepare responses;

10   IT IS STIPULATED, subject to court approval, the briefing schedule regarding Plaintiffs'
11 motion for leave to amend the complaint should be revised to reflect the following dates:

- March 17, 2017: Last date for Defendants to file opposition to Plaintiffs' motion for leave to amend the complaint.
- April 14, 2017: Last date for Plaintiffs to file reply in support of their motion for leave to amend the complaint.
- April 24, 2017 at 1:30 p.m., Courtroom 2: Hearing on motion for leave to amend the complaint.

DATED:  February 27, 2017        Respectfully submitted,

**BERMAN DeVALERIO**

By:  */s/ A. Chowning Poppler*
     A. Chowning Poppler (SBN 272870)

Joseph J. Tabacco, Jr. (SBN 75484)
Christopher T. Heffelfinger (SBN 118058)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermandevalerio.com
       cheffelfinger@bermandevalerio.com
       cpoppler@bermandevalerio.com

[No. 1:09 CV 00430-AWI-EPG] STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE        1
13254902.1

Benjamin D. Brown (SBN 202545)
**COHEN MILSTEIN SELLERS
 & TOLL, PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: bbrown@cohenmilstein.com


George F. Farah
**COHEN MILSTEIN SELLERS
 & TOLL, PLLC**
88 Pine Street
14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: gfarah@cohenmilstein.com

Lynn L. Sarko
Mark A. Griffin
Cari Campen Laufenberg
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone: (206)-623-1900
Facsimile:  (206)-623-3384
Email: lsarko@kellerrohrback.com
       mgriffin@kellerrohrback.com
       claufenberg@kellerrohrback.com

Ron Kilgard
**KELLER ROHRBACK L.L.P.**
3101 North Central Avenue, Suite 1400
Phoenix, AZ  85012
Telephone: (602)-248-0088
Facsimile:  (602)-248-2822
Email: rkilgard@kellerrohrback.com

*Counsel for Plaintiffs and the Proposed Class*

Dated:  February 27, 2017            **DAVIS WRIGHT TREMAINE LLP**


By: */s/ Allison A. Davis*
     Allison A. Davis (SBN 139203)

Sanjay M. Nangia (# 264986)
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: allisondavis@dwt.com
        sanjaynangia@dwt.com

Charles M. English, Jr.
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Avenue, N.S., Suite 800
Washington, D.C. 20006-3401
Telephone: (202) 973-4272
Facsimile: (202) 973-4499
Email: chipenglish@dwt.com

Joseph M. Marchini
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue,
Fourth Floor
Fresno, CA 93704
Telephone: (559) 432-5400
Facsimile: (549) 432-5620
Email: jmarchini@bakermanock.com

*Counsel for Defendant DairyAmerica, Inc.*

Dated:  February 27, 2017            **HANSON BRIDGETT LLP**


By: */s/ Megan Oliver Thompson*
     Megan Oliver Thompson (SBN 256654)

Lawrence M. Cirelli (SBN 114710)
Shannon M. Nessier (SBN 267644)
425 Market Street, Suite 2600
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
Email: lcirelli@hansonbridgett.com
        moliverthompson@hansonbridgett.com
        snessier@hansonbridgett.com

*Counsel for Defendant California Dairies, Inc.*

[No. 1:09 CV 00430-AWI-EPG] STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE    3

13254902.1

The Court will give effect to the parties' stipulation.

Accordingly, IT IS HEREBY ORDERED that:

1. The March 13, 2017 hearing date on Plaintiffs' motion to amend is VACATED;
2. No later than March 17, 2017, Defendants shall file an opposition or notice of non-opposition to Plaintiffs' motion to amend;
3. No later than April 14, 2017, Plaintiffs shall file a reply to Defendants' opposition; and
4. The hearing on Plaintiffs' motion to amend is RESET to April 24, 2017, at 1:30 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:   March 1, 2017                                      _____
                                                            SENIOR DISTRICT JUDGE