UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC., and CALIFORNIA DAIRIES, INC.,<br><br>Defendants. | CASE NO. 1:09-CV-00430 AWI EPG<br><br>ORDER ON NON-PARTY AND *AMICI CURIAE* LAND O'LAKES, INC. AND DAIRY FARMERS OF AMERICA INC.'S MOTION FOR LEAVE TO FILE A BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT<br><br>(Doc. No. 385) |

Non-parties Land O'Lakes, Inc. ("Land O'Lakes") and Dairy Farmers of America, Inc. ("DFA") seek to file an *amicus curia* brief in opposition to Plaintiffs' pending motion for leave to file a fourth amended complaint. Plaintiffs seek to amend their complaint to add Land O'Lakes and DFA as defendants. For the reasons that follow, Land O'Lakes and DFA's motion will be granted.

It has been recognized that district courts have the inherent authority to permit and consider amicus curiae briefs, even though such briefs are not specifically provided for in the Federal Rules of Civil Procedure. See In re Bayshore Ford Trucks Sales, Inc., 471 F.3d 1233, 1249 n.34 (11th Cir. 2006) ("Unlike the Supreme Court Rules and the Federal Rules of Appellate Procedure, the Federal Rules of Civil Procedure do not specifically provide for the filing of amicus curiae briefs at the district court level. Nevertheless, district courts possess the inherent authority to appoint 'friends of the court' to assist in their proceedings."); see also Rocky

Mountain Farmers Union v. Goldstene, 2010 WL 1949146, at *2 (E.D. Cal. May 11, 2010) ("This Court retains broad discretion to either permit or reject the appearance of amicus curiae.  A court may grant leave to appear as an amicus if the information offered is timely and useful.  An amicus brief should normally be allowed when a party is not represented competently or is not represented at all.") (internal citations and quotations omitted).  The Court previously allowed a similar motion from a non-party earlier in this litigation under similar circumstances.  See ECF No. 176.  Therefore, Land O'Lakes and DFA's motion to file an *amicus curia* brief will be granted.

## ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. Land O'Lakes and DFA's motion to file an *amicus curia* brief in opposition to Plaintiffs' pending motion for leave to file a fourth amended consolidated complaint (Doc. No. 385) is GRANTED.

2. Land O'Lakes and DFA's opposition (attached as exhibit A to their motion, Doc. No. 385) is deemed filed as of March 17, 2017.

IT IS SO ORDERED.

Dated:   March 22, 2017                          _____
                                                 SENIOR  DISTRICT  JUDGE

2