# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE,** individually and on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**DAIRYAMERICA, INC., and CALIFORNIA DAIRIES, INC.,**<br><br>**Defendants.** | **CASE NO. 1:09-CV-00430 AWI EPG**<br><br>**ORDER ON CALIFORNIA DAIRIES, INC.'S REQUEST TO SEAL DOCUMENTS AND FILE REDACTED VERSIONS**<br><br>(Doc. No. 386) |

This matter comes before the Court on Defendant California Dairies, Inc.'s ("California Dairies") Request to Seal Documents and File Redacted Versions ("Request") pursuant to Civil Local Rules 140 and 141. Upon consideration of the Request, the papers submitted in support thereto, and good cause appearing, the Request will be granted.[1]

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. California Dairies is permitted to file redacted versions of California Dairies' Opposition ("Opposition") to Plaintiffs' Motion ("Motion") for Leave to File

---

[1] The Court notes that a stipulated protective order was approved by the Magistrate Judge in April 2013. See Dkt. 129. The Court further notes that it granted Plaintiffs' request to seal portions of its Motion and the 4AC. See Dkt. 379.

Fourth Amended Consolidated Complaint ("4AC") on the public docket, and California Dairies will email the un-redacted version of the Opposition to ApprovedSealed@caed.uscourts.gov for filing under seal; and

2. Only the parties' counsel of record, the Court and its staff shall have access to the un-redacted documents.

IT IS SO ORDERED.

Dated: April 14, 2017

SENIOR DISTRICT JUDGE