# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC., and CALIFORNIA DAIRIES, INC.,<br><br>Defendants. | CASE NO. 1:09-CV-00430 AWI EPG<br><br>ORDER FOR SUPPLEMENTAL BRIEFING ON DAIRYAMERICA, INC.'S REQUEST TO SEAL DOCUMENTS AND FILE REDACTED VERSIONS<br><br>(Doc. No. 387) |

Defendant DairyAmerica, Inc. ("DairyAmerica") has filed a Request to Seal Documents and File Redacted Versions ("Request"). DairyAmerica's Request seeks to file under seal portions of its Opposition to Plaintiffs' Motion for Leave to File Fourth Amended Complaint ("Opposition") and to seal accompanying declarations and attached exhibits as identified in its Request. However, DairyAmerica has not cited to any legal authority addressing the sealing of public information, such as press releases, publications available to the public, and statements available to the public, including but not limited to a press release from 2008, testimony at a Senate hearing, and excerpts from *The Milkweed*. See, e.g., DairyAmerica's Opposition at pp. 18-19. The Court will allow DairyAmerica seven (7) calendar days from the date of this order to submit supplemental briefing on its Request pending before this Court. Such supplemental briefing must address the proposed sealing of the identified public information.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that: within seven (7) calendar days from the date of this order, DairyAmerica shall submit supplemental briefing on its Request.

IT IS SO ORDERED.

Dated:   April 14, 2017                                          /s/ [signature]
                                                                         SENIOR DISTRICT JUDGE