# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC., and CALIFORNIA DAIRIES, INC.,<br><br>Defendants. | CASE NO. 1:09-CV-00430 AWI EPG<br><br>ORDER ON PLAINTIFFS' *EX PARTE* APPLICATION TO SHORTEN TIME FOR MOTION TO STRIKE<br><br>(Doc. No. 398) |

Plaintiffs filed an *ex parte* application to shorten time ("*Ex Parte* Application") for their motion to strike, and for the reasons that follow, the Court will grant the *Ex Parte* Application.

On April 14, 2017, Plaintiffs filed their reply to Defendants' opposition to Plaintiffs' motion for leave to file a fourth amended complaint ("Motion to Amend"). The Motion to Amend is currently set for hearing on April 24, 2017. Along with their reply, Plaintiffs filed a three page motion to strike an expert report ("Motion to Strike") that Defendant DairyAmerica, Inc. ("DairyAmerica") submitted with its opposition to the Motion to Amend. Plaintiffs set the date for the hearing on their Motion to Strike as April 24, 2017.

Plaintiffs filed an *Ex Parte* Application seeking to shorten time for their Motion to Strike since they wish the Court to decide the Motion to Strike before deciding the Motion to Amend. In their Motion to Strike, Plaintiffs argue, *inter alia*, that they have been sandbagged by DairyAmerica's reliance on an undisclosed expert report, in violation of Fed. R. Civ. P. 26(a)(2). Plaintiffs met and conferred with DairyAmerica, and attempted to meet and confer with Defendant

California Dairies, Inc. ("CDI") before filing their *Ex Parte* Application. While Plaintiffs ask the Court to shorten time, they do not propose any particular briefing schedule to the Court. Plaintiffs originally asked DairyAmerica to stipulate to seven days to file an opposition to Plaintiffs' Motion to Strike, and Plaintiffs would have three days to file a reply. This schedule would make Plaintiffs' reply due on April 24, 2017, the same day as the hearing.

On April 17, 2017, DairyAmerica filed an opposition to Plaintiffs' *Ex Parte* Application, requesting that if the Court grants the *Ex Parte* Application, that DairyAmerica be allowed the opportunity to submit its opposition to the motion to strike by April 28, 2017. While DairyAmerica opposes Plaintiffs' Ex Parte Application, notably DairyAmerica does not dispute that the first time it provided Plaintiffs with the expert report at issue was the date DairyAmerica filed its opposition to the Motion to Amend: March 17, 2017.

The Court will move the hearing on the Motion to Amend, which is currently scheduled for April 24, 2017, by two weeks, to May 8, 2017. The Court will set the briefing schedule to allow Defendants[1] two weeks to file an opposition or statement of non-opposition and Plaintiffs will have five days to file a reply.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' opposition or statement of non-opposition to Plaintiffs' Motion to Strike is due April 28, 2017;
2. Plaintiffs' reply to Defendants' opposition is due May 3, 2017; and
3. The hearing on Plaintiffs' Motion to Amend and Motion to Strike is set for May 8, 2017.

IT IS SO ORDERED.

Dated: April 18, 2017

_____
SENIOR DISTRICT JUDGE

---

[1] Based on the information before the Court, Defendant CDI also retained the expert who prepared the report at issue.

2