1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>       **Plaintiffs,**<br><br> **v.**<br><br>DAIRYAMERICA, INC., and CALIFORNIA DAIRIES, INC.,<br><br>       **Defendants.** | **CASE NO. 1:09-CV-00430 AWI EPG**<br><br>**ORDER ON NON-PARTIES AND *AMICI CURIAE* CALIFORNIA FARMERS UNION AND CALIFORNIA DAIRY CAMPAIGN'S MOTION FOR LEAVE TO FILE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>(Doc. No. 394) |

   Non-parties California Farmers Union and California Dairy Campaign seek leave to file an *amicus curia* brief in support of Plaintiffs' pending motion for leave to file a fourth amended complaint.  For the reasons that follow, this motion will be denied.


## **BACKGROUND**

   On February 9, 2017, Plaintiffs filed their motion for leave to file a fourth amended complaint ("Motion to Amend").  Doc. No. 377.  Pursuant to the parties' stipulation and the Court's March 1, 2017 order on the briefing schedule for the Motion to Amend (Doc. No. 383),

Defendants filed their opposition briefs on March 17, 2017, and Plaintiffs filed their reply on April 14, 2017. On the same day that Plaintiffs filed their reply, California Farmers Union and California Dairy Campaign filed a motion for leave to file an *amicus curia* brief in support of Plaintiffs' Motion to Amend ("Motion for Leave").

## **LEGAL DISCUSSION**

It has been recognized that district courts have the inherent authority to permit and consider amicus curiae briefs, even though such briefs are not specifically provided for in the Federal Rules of Civil Procedure. See In re Bayshore Ford Trucks Sales, Inc., 471 F.3d 1233, 1249 n.34 (11th Cir. 2006). Nevertheless, the California Farmers Union and California Dairy Campaign's request is not well received.

California Farmers Union and California Dairy Campaign filed their Motion for Leave on April 14, 2017, the same day that the parties concluded their briefing on the Motion to Amend pursuant to the Court's order. Under these circumstances, the Court does not find a proposed amicus brief in support of Plaintiffs' February 9, 2017 Motion to Amend to be timely.[1] See Rocky Mountain Farmers Union v. Goldstene, 2010 WL 1949146, at *2 (E.D. Cal. May 11, 2010) ("This Court retains broad discretion to either permit or reject the appearance of amicus curiae. A court may grant leave to appear as an amicus if the information offered is timely and useful.") (internal citations and quotations omitted).

Further, while the Court appreciates California Farmers Union and California Dairy Campaign's interest in the case, the Court is not persuaded that these entities have demonstrated that they have "unique information or perspective" that would assist the Court beyond that which Plaintiffs are able to provide. See Missouri v. Harris, 2014 WL 2987284, at *2 (E.D. Cal. July 1, 2014). Here, California Farmers Union and California Dairy Campaign seek to provide the Court

---

[1] Although the Federal Rules of Civil Procedure do not address the filing of amicus briefs, the Federal Rule of Appellate Procedure 29 permits the filing of amicus briefs. Using FRAP 29 as a guide, the proposed amicus brief is not timely. Under FRAP 29(e), a motion to file an amicus brief (along with the brief itself), must be filed within 7 days of the principal party's brief that is being supported. Here, California Farmers Union and California Dairy Campaign seek to file a brief that would be in support of a Motion to Amend that was filed by Plaintiffs on February 9, 2017. The April 14, 2017 motion to file an amicus brief (which did not include the brief itself) is well beyond the 7 day limit. Cf. Fed. R. App. P. 29(e).

with "the perspective of the prospective class of California farmers." Motion for Leave at 2. However, Plaintiffs have already filed their Motion to Amend seeking to represent the prospective class of California farmers as their class counsel. Notably, California Farmers Union and California Dairy Campaign do not assert that the prospective class of California farmers is not represented competently by Plaintiffs. Cf. Rocky Mountain Farmers Union, 2010 WL 1949146, at *2 ("An amicus brief should normally be allowed when a party is not represented competently or is not represented at all.")

Based on the analysis above, the Court will deny the Motion for Leave.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that California Farmers Union and California Dairy Campaign's motion for leave to file an amicus curiae brief (Doc. No. 394) is DENIED.

IT IS SO ORDERED.

Dated: __April 21, 2017__       _____
                                SENIOR DISTRICT JUDGE