# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC., and CALIFORNIA DAIRIES, INC.,<br><br>Defendants. | CASE NO. 1:09-CV-00430 AWI EPG<br><br>ORDER ON PLAINTIFFS' REQUEST TO SEAL DOCUMENTS AND FILE REDACTED VERSIONS<br><br>(Doc. No. 400) |

This matter comes before the Court on the Plaintiffs' Request to Seal Documents and File Redacted Versions ("Request") pursuant to Civil Local Rules 140 and 141. Upon consideration of the Request, the papers submitted in support thereto, and good cause appearing, the Request will be granted.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs are permitted to file the redacted versions of Plaintiffs' Reply Memorandum in Support of Motion For Leave To File Fourth Amended Consolidated Class Action Complaint ("Reply Memorandum") and Exhibit A appended thereto, on the public docket, and Plaintiffs will email the unredacted versions of the Reply Memorandum and Exhibit A to ApprovedSealed@caed.uscourts.gov for filing under seal.

2. Only the parties' counsel of record, the Court and its staff shall have access to the unredacted documents.

IT IS SO ORDERED.

Dated: April 21, 2017

_____
SENIOR DISTRICT JUDGE