# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE,** individually and on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**DAIRYAMERICA, INC., and CALIFORNIA DAIRIES, INC.,**<br><br>**Defendants.** | **CASE NO. 1:09-CV-00430 AWI EPG**<br><br>**ORDER ON DAIRYAMERICA INC.'S REQUEST TO SEAL DOCUMENTS AND FILE REDACTED VERSIONS**<br><br>(Doc. No. 413) |

This matter comes before the Court on Defendant DairyAmerica, Inc.'s ("DairyAmerica") Request to Seal Documents and File Redacted Versions (the "Request") pursuant to Local Rules 140 and 141. Having considered the Request, papers submitted in support and opposition, and good cause appearing, the Request is GRANTED.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

The Clerk is directed to file unredacted versions of the following documents under seal:

1. DairyAmerica's Opposition to Plaintiffs' Motion to Strike the Expert Report of Stuart Harden; and

      2.      Exhibit C attached to DairyAmerica's Opposition to Plaintiffs' Motion to Strike.

      3.      Upon entry of this Order and after the Clerk of the Court has filed the unredacted documents under seal, Defendant DairyAmerica will file redacted versions of the above documents directly via CM/ECF. DairyAmerica has already served counsel for Plaintiffs with copies of the unredacted documents. Only the Court and its staff shall have access to the unredacted documents.

IT IS SO ORDERED.

Dated:   July 21, 2017            _____
                                                  SENIOR DISTRICT JUDGE