# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br>　　　　　　　　　　Plaintiffs,<br>v.<br>DAIRYAMERICA, INC., and CALIFORNIA DAIRIES, INC.<br>　　　　　　　　　　Defendants. | Case No. 1:09-CV-00430-AWI (EPG)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENTS AND FILE REDACTED VERSIONS** |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | This matter comes before the Court on the Plaintiffs' Request to Seal Documents and |
| 3 | File Redacted Versions ("Request") pursuant to Civil Local Rules 140 and 141. |
| 4 | Upon consideration of the Request, the papers submitted in support thereto, and good |
| 5 | cause appearing, the Request is GRANTED. |
| 6 | Accordingly, Plaintiffs are permitted to file redacted versions of Plaintiffs' Supplemental |
| 7 | Brief in Support of Motion for Sanctions as well as Exhibits F through P on the public docket, |
| 8 | and Plaintiffs will email the unredacted versions of the documents to |
| 9 | ApprovedSealed@caed.uscourts.gov for filing under seal. Only the parties' counsel of record, the |
| 10 | Court and its staff shall have access to the unredacted documents. |
| 12 | IT IS SO ORDERED. |
| 13 | Dated: **August 3, 2017** /s/ Erica P. Grosjean |
| 14 | UNITED STATES MAGISTRATE JUDGE |

1