Allison A. Davis (State Bar No. 139203)
Sanjay M. Nangia (State Bar No. 264986)
**DAVIS WRIGHT TREMAINE LLP**
505 Montgomery Street, Suite 800
San Francisco, CA 94110
Telephone: (415) 275-6580
Facsimile: (415) 276-6599
allisondavis@dwt.com
sanjaynangia@dwt.com

Charles M. English, *pro hac vice*
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Avenue, NW, Suite 800
Washington, D.C. 20006-3402
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
chipenglish@dwt.com

Attorneys for Defendant DairyAmerica, Inc.

UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC., et al.,<br><br>Defendants. | Case No. 1:09-CV-00430-AWI (EPG)<br><br>**ORDER GRANTING DAIRYAMERICA, INC.'S REQUEST TO SEAL THE SUPPLEMENTAL MEMORANDUM TO EXHIBIT H TO THE JOINT STATEMENT REGARDING PARTIES' DISCOVERY DISPUTES AND FILE REDACTED VERSION** |

# ORDER

This matter comes before the Court on Defendant DairyAmerica, Inc.'s ("DairyAmerica") Request to Seal the Supplemental Memorandum to Exhibit H to the Joint Statement Regarding Parties' Discovery Disputes and File Redacted Version (the "Request") pursuant to Local Rules 140 and 141. Having considered the Request, papers submitted in support and opposition, and good cause appearing, the Request is GRANTED.

**IT IS HEREBY ORDERED**,

Pursuant to Local Rule 141(e)(2)(i), DairyAmerica, Inc. may submit unredacted versions of the following documents to ApprovedSealed@caed.uscourts.gov:

1. Supplemental Memorandum in Opposition to Plaintiffs' Motion for Sanctions;

2. Supplemental Declaration of Charles M. English in Support of DairyAmerica's Supplemental Memorandum in Opposition to Plaintiffs' Motions for Sanctions, including Exhibits 2-4, 6-12;

Upon entry of this Order and after the Clerk of the Court has filed the unredacted documents under seal, Defendant DairyAmerica will file a redacted version of the above documents directly via CM/ECF. DairyAmerica has already served counsel for Plaintiffs with a copy of the unredacted documents. Only the Court and its staff shall have access to the unredacted documents.

IT IS SO ORDERED.

Dated: __**August 3, 2017**__      /s/ _Erica P. Grosjean_
                                   UNITED STATES MAGISTRATE JUDGE