UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>                        Plaintiffs,<br>v.<br><br>DAIRYAMERICA, INC., and CALIFORNIA DAIRIES, INC.<br>                        Defendants | Case No. 1:09-cv-00430-AWI-EPG<br><br>ORDER GRANTING IN PART AND DENYING IN PART AMENDED REQUEST TO SEAL EXHIBITS TO THE JOINT STATEMENT REGARDING PARTIES' DISCOVERY DISPUTES AND FILE REDACTED VERSIONS<br><br>(Doc. 465) |

This matter comes before the Court on Defendant DairyAmerica, Inc.'s ("DairyAmerica") Amended Request to Seal Exhibits A, C, E, and H to the Joint Statement Regarding Parties' Discovery Disputes and File Redacted Versions. (ECF No. 465).

On August 9, 2017, the Court denied a prior request to seal these same documents, and found that DairyAmerica failed to make a particularized showing that good cause exists to seal the requested documents.[1] (ECF No. 464).

DairyAmerica filed the instant amended request on August 11, 2017. Having considered the Amended Request (ECF No. 465), papers submitted in support and opposition, and good cause appearing, the Request is GRANTED in part and DENIED in part.

The Court finds good cause for redactions to information meeting the definition of Rule 26(c)(1)(G) of the Federal Rules of Civil Procedure (i.e. trade secrets or other confidential

---

[1] The Court incorporates by reference the legal standards applicable to this request as provided in the August 9, 2017 order.

research, development, or commercial information).  Although the Court is not entirely sure why this information is necessary to resolve the pending discovery disputes, it will permit these redactions at this time.

The Court does not find sufficient justification for any other redactions.  In addition to the reasons provided in the August 9, 2017 order concerning the Court's intention regarding briefing of the pending discovery disputes, the Court finds that the other reasons provided by DairyAmerica do not provide good cause to grant the request.  For instance, it is not sufficient that documents have been filed under seal previously or that a document should filed under seal because it has been marked as confidential by a party or third-party.

The Court also notes that DairyAmerica submitted "a portion of the English Declaration and Exhibit 2 were submitted *in camera* to preserve protection of privilege." (ECF No. 465, p. 4-5).  The Court is not ordering that *in camera* submissions be filed, so the request to seal them when filed is moot.[2]

Accordingly, the Court GRANTS in part and DENIES in part the Amended Request to Seal as follows:

1. DairyAmerica shall file their briefs and exhibits no later than three (3) days following this order;
2. DairyAmerica may redact information meeting the definition of Rule 26(c)(1)(G) of the Federal Rules of Civil Procedure; and
3. DairyAmerica shall provide a declaration to epgorders@caed.uscourts.gov supporting the sensitive confidential nature of the redacted information within thirty (30) days of this order.

IT IS SO ORDERED.

Dated:  **August 15, 2017**          /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE

---

[2] That said, the Court never solicited or agreed to consider material *in camera* regarding this motion, and does not agree to consider such material in its decision.

1