1  BENJAMIN D. BROWN (SBN 202545)
   bbrown@cohenmilstein.com
2  **COHEN MILSTEIN SELLERS & TOLL, PLLC**
   1100 New York Avenue, N.W.
3  Suite 500, West Tower
   Washington, D.C. 20005
4  Telephone: (202) 408-4600
   Facsimile: (202) 408-4699

*Counsel for Plaintiffs and the Proposed Class*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC., and CALIFORNIA DAIRIES, INC.,<br><br>                    Defendants. | Case No. 1:09 CV 00430-AWI (EPG)<br><br>**CLASS ACTION**<br><br>**STIPULATION ORDER REGARDING DEFENDANT CALIFORNIA DAIRIES, INC. PRODUCING DOCUMENTS AND RESPONDING TO PLAINTIFFS' WRITTEN DISCOVERY** |

| | |
|---|---|
| 1 | WHEREAS, in advance of the June 30, 2017 deadline for written discovery, Plaintiffs served requests for production and interrogatories on Defendant California Dairies, Inc. ("CDI") on January 6, 2017. |
| 4 | WHEREAS, CDI served its written responses to Plaintiffs' requests for production and interrogatories on March 9, 2017, and began producing responsive documents on July 14, 2017. |
| 6 | WHEREAS, on July 19, 2017, Plaintiffs filed a motion to compel Defendant CDI to respond to written discovery (ECF No. 443-6), and CDI filed an opposition to the same (ECF No. 442). |
| 9 | WHEREAS, on July 26, 2017 the Court held oral argument (ECF No. 447, 451) and took the matter under advisement. |
| 11 | WHEREAS, on August 22, 2017, the Court granted in part and denied in part Plaintiffs' motion to compel CDI to respond to written discovery and instructed the parties to meet and confer regarding the timing of production and submit a stipulation and proposed order regarding a deadline for completing production (the "Order") (ECF No. 472). |
| 15 | WHEREAS, the parties have met and conferred and agreed to a production schedule. |
| 16 | IT IS STIPULATED, subject to Court approval, that CDI will produce electronic documents on a rolling basis to be completed within 45 days on October 13, 2017. The first good-faith production will occur no later than September 19, 2017. CDI's production of hardcopy documents will be completed within 90 days, on November 27, 2017. |

///
///
///

| | | |
|---|---|---|
| 1 | DATED: August 29, 2017 | Respectfully submitted, |
| 2 | | **BERMAN TABACCO** |
| 3 | | |
| 4 | | By: _/s/ A. Chowning Poppler_<br>A. Chowning Poppler (SBN 272870) |
| 5 | | |
| 6 | | Joseph J. Tabacco, Jr. (SBN 75484)<br>Christopher T. Heffelfinger (SBN 118058)<br>44 Montgomery Street, Suite 650 |
| 7 | | San Francisco, CA 94104<br>Telephone: (415) 433-3200 |
| 8 | | Facsimile: (415) 433-6382<br>Email: jtabacco@bermantabacco.com |
| 9 | | cheffelfinger@ bermantabacco.com<br>cpoppler@ bermantabacco.com |
| 10 | | |
| 11 | | Benjamin D. Brown (SBN 202545)<br>**COHEN MILSTEIN SELLERS** |
| 12 | | **& TOLL, PLLC**<br>1100 New York Avenue, N.W. |
| 13 | | Suite 500, West Tower<br>Washington, DC 20005 |
| 14 | | Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699 |
| 15 | | Email: bbrown@cohenmilstein.com |
| 16 | | George F. Farah |
| 17 | | **COHEN MILSTEIN SELLERS**<br>**& TOLL, PLLC** |
| 18 | | 88 Pine Street<br>14th Floor |
| 19 | | New York, NY 10005<br>Telephone: (212) 838-7797 |
| 20 | | Facsimile: (212) 838-7745<br>Email: gfarah@cohenmilstein.com |
| 21 | | Lynn L. Sarko |
| 22 | | Mark A. Griffin<br>Cari Campen Laufenberg |
| 23 | | **KELLER ROHRBACK L.L.P.**<br>1201 Third Avenue, Suite 3200 |
| 24 | | Seattle, WA 98101<br>Telephone: (206)-623-1900 |
| 25 | | Facsimile: (206)-623-3384<br>Email: lsarko@kellerrohrback.com |
| 26 | | mgriffin@kellerrohrback.com<br>claufenberg@kellerrohrback.com |
| 27 | | |
| 28 | | |

| | |
|---|---|
| | Ron Kilgard<br>**KELLER ROHRBACK L.L.P.**<br>3101 North Central Avenue, Suite 1400<br>Phoenix, AZ 85012<br>Telephone: (602)-248-0088<br>Facsimile: (602)-248-2822<br>Email: rkilgard@kellerrohrback.com<br><br>*Counsel for Plaintiffs and the Proposed Class* |
| Dated: August 29, 2017 | **HANSON BRIDGETT LLP**<br><br>By:   */s/ Megan Oliver Thompson*<br>      Megan Oliver Thompson (SBN 256654)<br><br>Lawrence M. Cirelli (SBN 114710)<br>Shannon M. Nessier (SBN 267644)<br>425 Market Street, Suite 2600<br>San Francisco, CA 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br>Email: lcirelli@hansonbridgett.com<br>      moliverthompson@hansonbridgett.com<br>      snessier@hansonbridgett.com<br><br>*Counsel for Defendant California Dairies, Inc.* |

## ORDER

Pursuant to the parties' stipulation, CDI will produce electronic documents on a rolling basis to be completed within 45 days on October 13, 2017. The first production will occur no later than September 19, 2017. CDI's production of hardcopy documents will be completed within 90 days, on November 27, 2017.

IT IS SO ORDERED.

Dated: **August 30, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE