Allison A. Davis (State Bar No. 139203)
Sanjay M. Nangia (State Bar No. 264986)
**DAVIS WRIGHT TREMAINE LLP**
505 Montgomery Street, Suite 800
San Francisco, CA 94110
Telephone: (415) 275-6580
Facsimile: (415) 276 4880
allisondavis@dwt.com
sanjaynangia@dwt.com

Charles M. English, *pro hac vice*
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Avenue, NW, Suite 800
Washington, D.C. 20006-3402
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
chipenglish@dwt.com

Attorneys for Defendant DairyAmerica, Inc.

UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC., et al.,<br><br>Defendants. | Case No. 1:09-CV-00430-AWI (EPG)<br><br>**ORDER GRANTING DAIRYAMERICA, INC.'S REQUEST TO SEAL DOCUMENTS AND FILE REDACTED VERSIONS** |

**ORDER**

This matter comes before the Court on Defendant DairyAmerica, Inc.'s ("DairyAmerica") Request to Seal Documents and File Redacted Versions (the "Request") pursuant to Local Rules 140 and 141.  Having considered the Request, papers submitted in support and opposition, and good cause appearing, the Request is GRANTED.

**IT IS HEREBY ORDERED**,

Pursuant to Local Rule 141(e)(2)(i), DairyAmerica, Inc. shall submit unredacted versions of the following documents to ApprovedSealed@caed.uscourts.gov: [1]

1. DairyAmerica's Request for Reconsideration by the District Court of the Magistrate Judge's Ruling Awarding Sanctions.

Upon entry of this Order and after Defendant DairyAmerica, Inc. has submitted the unredacted versions, Defendant DairyAmerica shall file redacted versions of the above document directly via CM/ECF.

IT IS SO ORDERED.

Dated: **September 13, 2017**            /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] http://www.caed.uscourts.gov/caednew/index.cfm/cmecf-e-filing/submission-of-sealed-documents/