# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC., and CALIFORNIA DAIRIES, INC.<br><br>Defendants | Case No. 1:09-cv-00430-AWI (EPG)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENT AND FILE REDACTED VERSION** |

## **ORDER**

This matter comes before the Court on the Plaintiffs' Request to Seal Document and File Redacted Version ("Request") pursuant to Civil Local Rules 140 and 141.

Upon consideration of the Request, the papers submitted in support thereto, and good cause appearing, the Request is GRANTED.

Accordingly, Plaintiffs are permitted to file a redacted version of Plaintiffs' Fourth Amended Class Action Complaint on the public docket, and Plaintiffs will email the unredacted version of the document to ApprovedSealed@caed.uscourts.gov for filing under seal. Only the parties' counsel of record, the Court and its staff shall have access to the unredacted document.

IT IS SO ORDERED.

Dated: **November 15, 2017**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE