1 BENJAMIN D. BROWN (SBN 202545)
bbrown@cohenmilstein.com
2 **COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Avenue, N.W.
3 Suite 500, West Tower
Washington, D.C. 20005
4 Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Counsel for Plaintiffs and the Proposed Class*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC. and CALIFORNIA DAIRIES, INC.,<br><br>Defendants. | Case No. 1:09 CV 00430-AWI-EPG<br><br>**STIPULATION AND ORDER REGARDING DISCOVERY DEADLINES** |

1    WHEREAS, on September 29, 2017 the Court entered an Amended Scheduling Order (Doc. No. 494), which set a January 8, 2018 deadline for the filing of motions to compel and objections to proposed deponents, a January 12, 2018 deadline for the filing of responses to motions to compel and to objections to proposed deponents, and a hearing on motions to compel on January 18, 2018 at 2:00 p.m.

WHEREAS, the parties are in the process of meeting and conferring regarding outstanding discovery disputes, and hope to resolve those discovery disputes without filing motions to compel, and the parties believe that extending the current deadlines by approximately one week would facilitate those ongoing meet and confers and substantially increase the likelihood of resolving outstanding discovery disputes without filing motions to compel.

WHEREAS, the parties have agreed to limit the scope of any motions to compel to issues that have already been raised between the parties to date.

WHEREAS, the parties request the extension in the interest of judicial economy and in an attempt to resolve discovery disputes between the parties without filing motions to compel, and not for the purposes of undue delay.

IT IS STIPULATED, subject to Court approval, that (a) the deadline for the filing of motions to compel and objections to proposed deponents is extended to January 16, 2018, (b) the deadline for the filing of responses to motions to compel and objections to proposed deponents to is extended to January 22, 2018, and (c) the hearing on motions to compel and objections to proposed deponents is set for either January 26, 2018 at 10:00 a.m. or a later date and time that is convenient for the Court.

DATED: January 9, 2018                                    Respectfully submitted,

**DAVIS WRIGHT TREMAINE LLP**                              **BERMAN TABACCO**

By: */s/ Sanjay M. Nangia* (as authorized on              By:   */s/ A. Chowning Poppler*
      Jan. 8, 2018)                                                  A. Chowning Poppler
    Sanjay M. Nangia
                                                          Joseph J. Tabacco, Jr. (SBN 75484)
Allison A. Davis (State Bar No. 139203)                   Christopher T. Heffelfinger (SBN 118058)
Sanjay M. Nangia (State Bar No. 264986)                   A. Chowning Poppler (SBN 272870)
Joy G. Kim (State Bar No. 294841)                         44 Montgomery Street, Suite 650
505 Montgomery Street, Suite 800                          San Francisco, CA 94104

| | |
|---|---|
| San Francisco, California 94111<br>Telephone: (415) 276-6500<br>Facsimile: (415) 276-6599<br>Email: allisondavis@dwt.com;<br>sanjaynangia@dwt.com; joykim@dwt.com | Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382<br>Email: jtabacco@bermantabacco.com<br>cheffelfinger@bermantabacco.com<br>cpoppler@bermantabacco.com |
| Charles M. English, *pro hac vice*<br>John D. Seiver, *pro hac vice*<br>**DAVIS WRIGHT TREMAINE LLP**<br>1919 Pennsylvania Avenue, N.W., Suite 800<br>Washington, D.C. 20006-3402<br>Telephone: (202) 973-4200<br>Facsimile: (202) 973-4499<br>Email: chipenglish@dwt.com;<br>johnseiver@dwt.com | Lynn L. Sarko, *Admitted Pro Hac Vice*<br>Mark A. Griffin, *Admitted Pro Hac Vice*<br>Cari C. Laufenberg, *Admitted Pro Hac Vice*<br>**KELLER ROHRBACK L.L.P.**<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone: (206)-623-1900<br>Facsimile: (206)-623-3384<br>Email: lsarko@kellerrohrback.com<br>mgriffin@kellerrohrback.com<br>claufenberg@kellerrohrback.com |
| *Attorneys for Defendant DairyAmerica, Inc.* | |
| **HANSON BRIDGETT LLP**<br><br>By:  */s/ Megan Oliver Thompson* (as authorized on Jan. 8, 2018)<br>        Megan Oliver Thompson<br><br>Lawrence M. Cirelli (SBN 114710)<br>Megan Oliver Thompson (SBN 256654)<br>Shannon M. Nessier (SBN 267644)<br><br>*Attorneys for Defendant California Dairies, Inc.* | Ron Kilgard, *Admitted Pro Hac Vice*<br>**KELLER ROHRBACK L.L.P.**<br>3101 North Central Avenue, Suite 1400<br>Phoenix, AZ 85012<br>Telephone: (602)-248-0088<br>Facsimile: (602)-248-2822<br>Email: rkilgard@kellerrohrback.com<br><br>Benjamin D. Brown (SBN 202545)<br>**COHEN MILSTEIN SELLERS<br>    & TOLL, PLLC**<br>1100 New York Avenue, N.W., Suite 500<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>Email: bbrown@cohenmilstein.com<br><br>George F. Farah, *Admitted Pro Hac Vice*<br>**COHEN MILSTEIN SELLERS<br>    & TOLL, PLLC**<br>88 Pine Street, 14th Floor<br>New York, NY 10005<br>Telephone: (212) 838-7797<br>Facsimile: (212) 838-7745<br>Email: gfarah@cohenmilstein.com<br><br>Leslie M. Kroeger, *Admitted Pro Hac Vice*<br>**COHEN MILSTEIN SELLERS<br>    & TOLL, PLLC**<br>2925 PGA Boulevard, Suite 200<br>Palm Beach Gardens, FL 33410<br>Telephone: (561) 515-1400<br>Facsimile: (561) 515-1401<br>Email: lkroeger@cohenmilstein.com<br><br>*Counsel for Plaintiffs and the Proposed Class* |

**ORDER**

Pursuant to the parties' stipulation, the deadline for the filing of motions to compel and objections to proposed deponents is extended to January 16, 2018, the deadline for the filing of responses to motions to compel and objections to proposed deponents to is extended to January 22, 2018, and the hearing on motions to compel and objections to proposed deponents (currently set for January 18, 2018) is continued to January 26, 2018 at 10:00 a.m. in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated: __**January 9, 2018**__          /s/ *Erica P. Grosjean*
                                                                  UNITED STATES MAGISTRATE JUDGE