# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br>v.<br><br>DAIRYAMERICA, INC., and CALIFORNIA DAIRIES, INC.<br>                              Defendants | Case No. 1:09-cv-00430-AWI (EPG)<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENTS AND FILE REDACTED VERSIONS** |

This matter comes before the Court on the Plaintiffs' Request to Seal Documents and File Redacted Versions ("Request") pursuant to Civil Local Rules 140 and 141.

Upon consideration of the Request, and good cause appearing, the Request is GRANTED.

Accordingly, Plaintiffs are permitted to file a redacted version of Exhibit H appended to Plaintiffs' Motion to Compel Production of Navision Database in Native Format on the public docket, and Plaintiffs will email the unredacted version of the document to ApprovedSealed@caed.uscourts.gov for filing under seal.

Only the parties' counsel of record, the Court and its staff shall have access to the unredacted document.

IT IS SO ORDERED.

Dated: **January 17, 2018**　　　　　/s/ *Erin P. Grosjean*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE