# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC., and CALIFORNIA DAIRIES, INC.<br><br>Defendants | Case No. 1:09-cv-00430-AWI-EPG<br><br>ORDER FOLLOWING DISCOVERY DISPUTE CONFERENCE<br><br>ORDER GRANTING MOTION TO COMPEL<br><br>(ECF No. 532) |

On January 16, 2018, Plaintiffs Gerald Carlin, John Rahm, Paul Rozwadowski, and Diana Wolfe ("Plaintiffs"), Defendant DairyAmerica, Inc. ("DairyAmerica"), and Defendant California Dairies, Inc. ("California Dairies") (collectively, the "Parties") submitted objections on the record to their respective opposing parties' proposed list of deponents. (ECF Nos. 527-29). Responses were filed on January 22, 2018. (ECF Nos. 534-35, 537.)

On January 18, 2018, Plaintiffs filed a Motion to Compel production of Navision Database in Native Format. (ECF No. 532.) DairyAmerica filed a response in opposition to the motion on January 22, 2018. (ECF No. 536.)

On January 26, 2018, the Court held discovery dispute conference and motion to compel hearing. (ECF No. 539.) The Court issued specific rulings on the record, which are summarized as follows:

1. Plaintiff's motion to compel (ECF No. 532) is GRANTED with the following parameters:
    a. The production shall be limited to records concerning Non-Fat Dairy Milk or Skim Milk Powder from the date range of the class period, January 1, 2002 through April 30, 2007; and
    b. The production need not include accounts payable or payroll records.
2. DairyAmerica's objection to the deposition of Henry Heerlyn is moot based on agreement among the parties;
3. California Dairies' objection to the number of depositions sought by Plaintiffs as not proportional to the needs of the case is overruled;
4. California Dairies' objections to the depositions of Jim Gomes and Christine Edwards are moot based on agreement among the parties;
5. California Dairies' objection to the deposition of Duane Matheron is overruled;
6. California Dairies' objection to the deposition of Alma Moroni DeBruin is overruled;
7. Plaintiffs' objection to the depositions of the named Plaintiffs is sustained, in part, as follows: the depositions shall be limited to a time limit of four hours per named Plaintiff;
8. Plaintiffs' objection to the depositions of the former Third-Party Plaintiffs is sustained.

IT IS SO ORDERED.

Dated: **January 26, 2018**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1