Allison A. Davis (State Bar No. 139203)
Sanjay Nangia (State Bar No. 264986)
Joy G. Kim (State Bar No. 294841)
**DAVIS WRIGHT TREMAINE LLP**
505 Montgomery Street, Suite 800
San Francisco, CA 94110
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
allisondavis@dwt.com
sanjaynangia@dwt.com
joykim@dwt.com

Charles M. English, *pro hac vice*
John D. Seiver, *pro hac vice*
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Avenue, NW, Suite 800
Washington, D.C. 20006-3402
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
chipenglish@dwt.com
johnseiver@dwt.com

Attorneys for Defendant, DairyAmerica, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DAIRYAMERICA, INC., and CALIFORNIA DAIRIES, <br><br> Defendants. | Case No. 1:09-CV-00430-AWI-EPG <br><br> **STIPULATION EXTENDING TIME TO FILE REQUEST FOR RECONSIDERATION BY THE DISTRICT COURT OF THE MAGISTRATE JUDGE'S RULING AND ORDER** |

Because the parties are in good faith considering a proposed settlement, Defendant DairyAmerica, Inc. ("DairyAmerica") seeks a short extension of time on an upcoming deadline to present an issue for the District Court judge to review. Plaintiffs have consented to this extension. Accordingly, the two parties stipulate to the following extension and request Court approval:

## RECITALS

Whereas all parties (including relevant insurance carriers) attended a mediation on February 5, 2018 before Robert A. Meyer at JAMS ("Mediator");

Whereas the Mediator made a formal proposal for resolving all claims at issue in this matter, known as a mediator's proposal, and requested the parties to provide their response within two weeks; and

Whereas the current deadline for DairyAmerica to file a Request for Reconsideration By the District Court of the Magistrate Judge's Ruling Granting Plaintiffs' Motion to Compel (Dkt. No. 542) is February 12, 2018, and Plaintiffs have agreed to grant an extension for a two week period while the parties consider the mediator's proposal.

## STIPULATION

Therefore, IT IS HEREBY STIPULATED AND AGREED, by DairyAmerica and Plaintiffs, through their respective counsel of record that:

1. DairyAmerica's Request for Reconsideration By the District Court of the Magistrate Judge's Ruling Granting Plaintiffs' Motion to Compel (Dkt. No. 542) is due on February 26, 2018.

Dated: February 7, 2018                          Respectfully submitted,

_/s/ Allison A. Davis_                           _/s/ George Farah_ (as authorized on 2/7/18)
Allison A. Davis (State Bar No. 139203)          Benjamin D. Brown
Sanjay M. Nangia (State Bar No. 264986)          COHEN MILSTEIN SELLERS & TOLL, PLLC
Joy G. Kim (State Bar No. 294841)                1100 New York Avenue, N.W.
DAVIS WRIGHT TREMAINE LLP                         Suite 500, West Tower
505 Montgomery Street, Suite 800                  Washington, DC 20005
San Francisco, CA 94111-6533                      Telephone: (202) 408-4600
Telephone: (415) 276-6500                         Facsimile: (202) 408-4699
Facsimile: (415) 276-6599                         bbrown@cohenmilstein.com
allisondavis@dwt.com
sanjaynangia@dwt.com
joykim@dwt.com

1  Charles M. English, Jr., *pro hac vice*
   John D. Seiver, *pro hac vice*
2  1919 Pennsylvania Avenue, N.W.,
   Suite 800
3  Washington, D.C. 20006-3401
   Telephone: (202) 973-4272
4  Facsimile: (202) 973-4499
   chipenglish@dwt.com
5  johnseiver@dwt.com

6  *Counsel for Defendant DairyAmerica, Inc.*

George F. Farah
88 Pine Street
14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
gfarah@cohenmilstein.com

A. Chowning Poppler
Christopher T. Heffelfinger
BERMAN TABACCO
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
cpoppler@bermantabaccocom
cheffelfinger@bermantabacco.com

Mark A. Griffin
Cari Laufenberg
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206)-623-1900
Facsimile: (206)-623-3384
mgriffin@kellerrohrback.com
claufenberg@kellerrohrback.com

*Counsel for Plaintiffs and the Proposed Class*

**ORDER**

IT IS HEREBY ORDERED THAT:

In light of the parties' good faith consideration of the mediator's proposal, the deadline for DairyAmerica to file a Request for Reconsideration By the District Court of the Magistrate Judge's Ruling Granting Plaintiffs' Motion to Compel (Dkt. No. 542) is February 26, 2018.

IT IS SO ORDERED.

Dated: **February 8, 2018**      /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE