BENJAMIN D. BROWN (SBN 202545)
bbrown@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Counsel for Plaintiffs and the Proposed Class*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC., and CALIFORNIA DAIRIES, INC.,<br><br>Defendants. | Case No. 1:09 CV 00430-AWI (EPG)<br><br>**CLASS ACTION**<br><br>**ORDER MODIFYING SCHEDULING ORDER (ECF No. 494)**<br><br>**(ECF No. 546)** |

**ORDER**

For the reasons provided in the parties' stipulation (ECF No. 546), the Court adopts the stipulation as follows:

1. All litigation activity shall be stayed for the next 45 days in order to permit the parties to fully focus their efforts on a potential settlement of this case.

2. The deadlines set forth in the Court's Amended Scheduling Order shall be modified as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Completion of document productions | February 16, 2018 | April 12, 2018 |
| Completion of depositions | June 29, 2018 | August 13, 2018 |
| Contention interrogatory responses | July 27, 2018 | September 10, 2018 |
| Motion for class certification and motions for summary judgment filed | August 10, 2018 | September 24, 2018 |
| Expert disclosures (class and merits, with the exception of report regarding calculation of damages) | August 10, 2018 | September 24, 2018 |
| Oppositions to motion for class certification and motions for summary judgment | October 12, 2018 | November 30, 2018 |
| Rebuttal expert disclosures (class and merits, with the exception of report regarding calculation of damages) | October 12, 2018 | November 30, 2018 |
| Reply briefs supporting motion for class certification and motions for summary judgment | December 7, 2018 | January 25, 2019 |

3. The Motion for Class Certification hearing set for January 11, 2019 at 10 a.m. before Judge Grosjean is CONTINUED to March 1, 2019 at 10 a.m. in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean.

4. The deadline for DairyAmerica to file a Request for Reconsideration by the District Court of the Magistrate Judge's Ruling Granting Plaintiffs' Motion to Compel shall be extended to April 12, 2018.

5. The Court is unlikely to grant subsequent requests for modification of the schedule absent good cause.

IT IS SO ORDERED.

Dated: **February 26, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE