1  BENJAMIN D. BROWN (SBN 202545)
   bbrown@cohenmilstein.com
2  **COHEN MILSTEIN SELLERS & TOLL, PLLC**
   1100 New York Avenue, N.W.
3  Suite 500, West Tower
   Washington, D.C. 20005
4  Telephone: (202) 408-4600
   Facsimile: (202) 408-4699
5
   *Counsel for Plaintiffs and the Proposed Class*
6
   [Additional counsel listed on signature page]
7

8

9                 **UNITED STATES DISTRICT COURT**

10               **EASTERN DISTRICT OF CALIFORNIA**

11                     **FRESNO DIVISION**

12

| | |
|---|---|
| 13  GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and 14  all others similarly situated, | Case No.  1:09 CV 00430-AWI (EPG) **CLASS ACTION** |
| 15                               Plaintiffs, | **STIPULATION AND ORDER TO FURTHER MODIFY SCHEDULING ORDER (ECF No. 547)** |
| 16  v. | |
| 17  DAIRYAMERICA, INC., and CALIFORNIA DAIRIES, INC., | |
| 18                               Defendants. | |

19

20

21

22

23

24

25

26

27

28

1    Pursuant to the parties' agreement, the parties hereby stipulate, and seek the Court's

2    approval to modify the current scheduling order in two limited respects, as follows:

3    WHEREAS, as previously advised, the parties engaged in a further mediation with

4    Robert A. Meyer at JAMS on February 5, 2018;

5    WHEREAS, the parties continue to diligently and in good faith discuss a potential

6    settlement of this case;

7    WHEREAS, on February 27, 2018, the Court approved the parties' request to stay the

8    litigation for 45 days and modify the scheduling order in order to allow them to fully focus their

9    efforts on the potential settlement of this case and avoid the substantial expense of potentially

10   unnecessary discovery and motion practice (ECF No. 547);

11   WHEREAS, Plaintiffs have since made a settlement demand to Defendants, and the

12   parties have agreed, pursuant to Mr. Meyer's advice and suggestion, to set April 24, 2018 as the

13   deadline for Defendants to respond to that demand so as to provide sufficient time for the two

14   Defendants, their respective Boards of Directors, and the implicated insurers and their counsel, to

15   conduct the necessary reviews and approval processes, if and as needed, in order to fully respond

16   to the demand;

17   WHEREAS, the parties have agreed, and request the Court's approval, to modify the case

18   schedule solely to extend the interim April 12, 2018 deadlines for 1) completion of document

19   productions; and 2) DairyAmerica to file a Request for Reconsideration by the District Court of

20   the Magistrate Judge's Ruling Granting Plaintiffs' Motion to Compel.  Those two deadlines

21   would be extended to May 1, 2018 (ECF No. 542).  The parties are sensitive to the Court's

22   previous instruction that it was not inclined to move the schedule in this case and therefore wish

23   to emphasize that all of the other existing deadlines in the case would remain unchanged;

24   WHEREAS, as a further showing of good faith and diligence, the parties agree, in the

25   event that the case does not settle, to schedule 8 – 10 depositions in the month of May, 2018;

26   WHEREAS, the parties believe and agree that the interests of efficiency, economy, and

27   expediency would be best served by modifying the case schedule in two limited respects, as

28

1  requested herein;

2       NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

3       1.    The deadline for the parties to complete document productions shall be extended

4  to May 1, 2018.

5       2.    The deadline for DairyAmerica to file a Request for Reconsideration by the

6  District Court of the Magistrate Judge's Ruling Granting Plaintiffs' Motion to Compel shall be

7  extended to May 1, 2018.

8  DATED:  April 9, 2018          Respectfully submitted,

9                         **BERMAN TABACCO**

10

11                         By: */s/ A. Chowning Poppler*_____
                           A. Chowning Poppler (SBN 272870)

12

13                         Joseph J. Tabacco, Jr. (SBN 75484)
                       Christopher T. Heffelfinger (SBN 118058)

14                         44 Montgomery Street, Suite 650
                       San Francisco, CA 94104

15                         Telephone: (415) 433-3200
                       Facsimile: (415) 433-6382
                       Email: jtabacco@bermandevalerio.com

16                               cheffelfinger@bermandevalerio.com
                             cpoppler@bermandevalerio.com

17

18                         Benjamin D. Brown (SBN 202545)
                       **COHEN MILSTEIN SELLERS**

19                             **& TOLL, PLLC**
                       1100 New York Avenue, N.W.

20                         Suite 500, West Tower
                       Washington, DC  20005

21                         Telephone: (202) 408-4600
                       Facsimile: (202) 408-4699

22                         Email: bbrown@cohenmilstein.com

23

24                         George F. Farah
                       **COHEN MILSTEIN SELLERS**

25                             **& TOLL, PLLC**
                       88 Pine Street

26                         14th Floor
                       New York, NY 10005

27                         Telephone: (212) 838-7797

28

Facsimile: (212) 838-7745
Email: gfarah@cohenmilstein.com

Lynn L. Sarko
Mark A. Griffin
Cari Campen Laufenberg
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206)-623-1900
Facsimile: (206)-623-3384
Email: lsarko@kellerrohrback.com
        mgriffin@kellerrohrback.com
        claufenberg@kellerrohrback.com

Ron Kilgard
**KELLER ROHRBACK L.L.P.**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602)-248-0088
Facsimile: (602)-248-2822
Email: rkilgard@kellerrohrback.com

*Counsel for Plaintiffs and the Proposed Class*

Dated: April 9, 2018                    **DAVIS WRIGHT TREMAINE LLP**


By: ___*/s/ Allison A. Davis*_____
        Allison A. Davis (SBN 139203)

Sanjay M. Nangia (SBN 264986)
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: allisondavis@dwt.com
        sanjaynangia@dwt.com

Charles M. English, Jr. (*Pro Hac Vice*)
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Avenue, N.S., Suite 800
Washington, D.C. 20006-3401
Telephone: (202) 973-4272
Facsimile: (202) 973-4499
Email: chipenglish@dwt.com

| 1 | Joseph M. Marchini<br>**BAKER MANOCK & JENSEN, PC**<br>5260 North Palm Avenue,<br>Fourth Floor |
|---|---|
| 2 | |
| 3 | Fresno, CA 93704<br>Telephone: (559) 432-5400<br>Facsimile: (549) 432-5620 |
| 4 | Email: jmarchini@bakermanock.com |
| 5 | *Counsel for Defendant DairyAmerica, Inc.* |
| 6 | |
| 7 | Dated: April 9, 2018 |

Dated: April 9, 2018     **HANSON BRIDGETT LLP**


By:    */s/ Megan Oliver Thompson*
        Megan Oliver Thompson (SBN 256654)

Lawrence M. Cirelli (SBN 114710)
Shannon M. Nessier (SBN 267644)
425 Market Street, Suite 2600
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
Email: lcirelli@hansonbridgett.com
       moliverthompson@hansonbridgett.com
       snessier@hansonbridgett.com

*Counsel for Defendant California Dairies, Inc.*

## ORDER

Pursuant to the parties' stipulation, it is hereby ORDERED that:

1.  The deadline for the parties to complete document productions shall be extended to May 1, 2018.

2.  The deadline for DairyAmerica to file a Request for Reconsideration by the District Court of the Magistrate Judge's Ruling Granting Plaintiffs' Motion to Compel shall be extended to May 1, 2018.

IT IS SO ORDERED.

Dated: __**April 10, 2018**__        /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE