# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC., and CALIFORNIA DAIRIES, INC.<br><br>Defendants | CASE NO. 1:09-CV-0430 AWI-EPG<br><br>ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENT AND FILE REDACTED VERSION<br><br>(Doc. No. 552) |

This matter comes before the Court on the Plaintiffs' Request to Seal Document and File Redacted Version under Local Rules 140 and 141. Doc. No. 552.

Upon consideration of the Request, and good cause appearing, the Request is GRANTED. See In re Online DVD-Rental Antitrust Litigation, 779 F.3d 934, 948 (9th Cir. 2015) (finding no abuse of discretion where the trial court sealed "[o]nly the exact threshold" of the opt-out provision); Thomas v. Magnachip Semiconductor Corp., 2016 WL 3879193, at *7 (N.D. Cal. July 18, 2016) ("There are compelling reasons to keep [the opt-out percentage] confidential, in order to prevent third parties from utilizing it for the improper purpose of obstructing the settlement.").

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that Plaintiffs are permitted to file a redacted version of the Confidential Side Letter, attached as Exhibit B to Plaintiffs' Memorandum in Support of the Unopposed Motion for Preliminary Approval of Class Action Settlement on the public docket.

Plaintiffs will email the unredacted version of the document to ApprovedSealed@caed.uscourts.gov for filing under seal. Only the parties' counsel of record, the Court and its staff shall have access to the unredacted document.

IT IS SO ORDERED.

Dated: August 13, 2018

SENIOR DISTRICT JUDGE