UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC., and CALIFORNIA DAIRIES, INC.<br><br>Defendants | CASE NO. 1:09-CV-0430 AWI-EPG<br><br>ORDER DISMISSING MOTIONS TO RECONSIDER DISCOVERY ORDERS WITHOUT PREJUDICE<br><br>(Doc. Nos. 488, 487) |

Plaintiffs have alleged various claims against Dairy America and California Dairies concerning the misreporting of milk prices. Currently pending before this Court are Defendant DairyAmerica's "Motion for Reconsideration of the Magistrate Judge's Ruling Awarding Sanctions" (Doc. No. 487), its "Motion for Reconsideration of the Magistrate Judge's Ruling Denying DairyAmerica's Motion to Compel Production of Plaintiffs' Communications with Witnesses and Their Counsel" (Doc. No. 488), and Plaintiffs' "Request for Supplemental Fees Related to Sanctions Motion" (Doc. No. 495). The parties have notified the Court of their intent to settle all claims. Doc. No. 552. Concurrent with this Order, the Court has conditionally certified the class and preliminarily approved the settlement.

1

In light of the parties' intent to settle, the Court will dismiss the above three motions without prejudice.  The Court takes no position on the substance of these motions.  Should the parties fail to resolve their dispute via the settlement agreement, the parties will be permitted to resubmit these motions to the Court.

**<u>ORDER</u>**

Based on the foregoing, IT IS HEREBY ORDERED that the Court DISMISSES WITHOUT PREJUDICE:

1. Defendant DairyAmerica's "Motion for Reconsideration of the Magistrate Judge's Ruling Awarding Sanctions" (Doc. No. 487);
2. Defendant DairyAmerica's "Motion for Reconsideration of the Magistrate Judge's Ruling Denying DairyAmerica's Motion to Compel Production of Plaintiffs' Communications with Witnesses and Their Counsel" (Doc. No. 488);
3. Plaintiffs' "Request for Supplemental Fees Related to Sanctions Motion" (Doc. No. 495).

IT IS SO ORDERED.

Dated:   September 14, 2018                                          
                                                              SENIOR DISTRICT JUDGE