**COHEN MILSTEIN SELLERS & TOLL, PLLC**
Benjamin D. Brown (SBN 202545)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: bbrown@cohenmilstein.com

-and-

George Farah (*admitted pro hac vice*)
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: gfarah@cohenmilstein.com

*Counsel for Plaintiffs and the
Conditionally Certified Settlement Class*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC. and CALIFORNIA DAIRIES, INC.,<br><br>Defendants. | Case No. 1:09 CV 00430-AWI (EPG)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE ESCROW AGENT AND TO EXTEND DATE BY WHEN DEFENDANTS ARE TO PAY FIRST SETTLEMENT PAYMENT-INSTALLMENT**<br><br>Date: October 29, 2018<br>Time: 1:30 p.m.<br>Ctrm: 2, 8th Floor<br>Judge: Hon. District Judge Anthony W. Ishii<br>Action Filed: March 6, 2009 |

In consideration of the unopposed motion of Plaintiffs Gerald Carlin, Paul Rozwadowski, John Rahm, and H. Diana Wolfe to substitute the escrow agent and to extend the date by when Defendants are to pay the first settlement payment-installment, the unopposed motion is GRANTED.

IT IS HEREBY ORDERED THAT:

1. Paragraph 8.1 of the Settlement Agreement is modified to state:

> 8.1 The Escrow Account will be established at <u>Huntington National Bank</u> ("Escrow Agent"), such escrow to be administered under the Court's continuing supervision and control. Class Counsel shall insist on an escrow agreement that requires appropriate accounting records to be maintained to reflect all transactions involving the Settlement Fund which shall be kept on a calendar year, as required by Treas. Reg. § 1.468B-2(j).

2. Paragraph 7.1 of the Settlement Agreement is modified to state:

> 7.1 Monetary Payment. Defendants will pay an aggregate of $40,000,000 (the "Settlement Amount") in two payment-installments of $20,000,000 each. The first payment installment of $20,000,000 in U.S. dollars ("First Payment-Installment"), shall be paid no later than ten (10) business days following completion of all of the following events: (1) the entry of the Preliminary Approval Order; <u>(2) entry of an order adopting this Jointly Agreed-Upon Modification No. 1 to Settlement Agreement; and (3)</u> receipt by Defendants of complete payee information, including an executed Form W-9, and complete payment instructions. The second payment-installment of $20,000,000 in U.S. dollars ("Second Payment Installment") shall be paid by the later of (a) ten (10) business days following the Effective Date or (b) January 11, 2019.

///
///
///

3. The deadline for Defendants to wire the first payment installment of $20,000,000 in U.S. dollars is extended from September 28, 2018 to ten (10) business days from the completion of both of the following events: (1) entry of this order; and (2) the receipt by Defendants of complete payee information, including an executed Form W-9, and complete payment instructions.

IT IS SO ORDERED.

Dated: October 2, 2018

_____
SENIOR DISTRICT JUDGE