# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD CARLIN, JOHN RAHM, PAUL ROZWADOWSKI and DIANA WOLFE, individually and on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYAMERICA, INC., and CALIFORNIA DAIRIES, INC.<br><br>Defendants | CASE NO. 1:09-CV-0430 AWI-EPG<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES FOR CLASS NOTICE AND FINAL APPROVAL OF SETTLEMENT**<br><br>(Doc. No. 563) |

The parties in this case have entered into a settlement agreement. Plaintiffs proposed a comprehensive notice program that provides: (1) direct mailed notice of the settlement to Settlement Class Members and (2) publication notice in two widely-circulated magazines directed to farmers and on a website. Doc. No. 555 at 7, 19-20. To provide direct mailed notice, Plaintiffs proposed collaborating with each of the ten Federal Milk Marketing Orders ("FMMOs") to obtain the contact and production information for tens of thousands of Settlement Class Members. *Id.* Once that data was obtained, Plaintiffs proposed that the claims administrator, Rust Consulting, would process the data and distribute individualized notices of the settlement directly to Settlement Class Members. *Id.* The proposed deadline for distributing direct-mailed notice was 60 days from the date of preliminary approval. The Court preliminarily approved this proposed notice plan on September

14, 2018, thus setting the deadline for mailing at November 13, 2018. Doc. No. 559 at 17.

Plaintiffs have now petitioned for an extension of deadlines, which Defendants have not opposed. Doc. No. 563. Plaintiffs state:

> [T]he process undertaken by FMMOs to collect the requisite data regarding Settlement Class Members has been more time-consuming than the agencies anticipated. The FMMOs had expected to complete the production of data by October 19, 2018, but instead the production was not completed until October 30, 2018. For that reason, Rust Consulting is now unable to process the data and prepare the mailings by the November 13, 2018 deadline. Due to the unanticipated delay in FMMOs collecting and providing the data, Plaintiffs respectfully request that the Court extend—by two weeks—the deadlines associated with distributing notice and moving for final approval of the settlement. This extension would provide Rust Consulting sufficient time to process the data and prepare the individual mailings.

*Id.* at 2. Plaintiffs thus proposed the following modified schedule, which the Court finds acceptable:

| | | |
|---|---|---|
| Deadline for all notices to be mailed, published, and posted on the internet | November 13, 2018 | November 27, 2018 |
| Motion for attorneys' fees, costs, and service awards due by | December 14, 2018 | December 28, 2018 |
| Class Members' objections, exclusions, and submission of all claim forms due by | January 14, 2019 | January 28, 2019 |
| Administrator to file affidavit certifying compliance with notice requirements by | February 4, 2019 | February 19, 2019 |
| Parties to file motion for final approval, and to respond to any objections from class members, by | February 4, 2019 | February 19, 2019 |
| Final approval hearing ("Fairness Hearing") | March 4, 2019, 1:30 p.m. | March 18, 2019, 1:30 p.m. |
| Effective Date | Reserved for decision in Order regarding Final Approval Hearing | Same |
| Defendants to wire second half of the Total Settlement Amount by | As per § 7.1 of the Settlement Agreement | Same |

## **ORDER**

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The deadline for mailing the Long Notice and the Claim Form to Settlement Class

2

Members is extended from November 13, 2018 to November 27, 2018;

2. The deadline for publishing Summary Notice, on one occasion in Progressive Dairymen and American Dairymen, is extended from November 13, 2018 to November 27, 2018;

3. The deadline for Class Counsel to file with the Court, and serve upon counsel for DairyAmerica and California Dairies, their motion for attorneys' fees, reimbursement of expenses and service awards for Class Representatives is extended from December 14, 2018 to December 28, 2018;

4. The deadline for Settlement Class Members to sign and mail completed Claim Forms to the Claims Administrator is extended by two weeks, such that Claim Forms must be postmarked no later than January 28, 2019;

5. The deadline for Settlement Class Members to mail requests for exclusion to the Claims Administrator is extended by two weeks, such that requests for exclusion must be postmarked no later than January 28, 2019;

6. The deadline for Settlement Class Members to submit written objections to the Settlement Agreement, and/or Class Counsel's request for attorneys' fees, reimbursement of expenses and service awards for Class Representatives is extended by two weeks, such that objections must be received by the Court, Class Counsel, and Counsel for DairyAmerica and California Dairies no later than January 28, 2019;

7. The deadline for Class Counsel to file their motion for final approval of the Settlement Agreement with the Court, and serve it upon counsel for DairyAmerica and California Dairies, is extended from February 4, 2019 to February 19, 2019;

8. The deadline for Class Counsel to file with the Court, and serve upon counsel for DairyAmerica and California Dairies, affidavits or declarations of the person under whose general direction the mailing of the Long Notice and the publication of Summary Notice were made, is extended from February 4, 2019 to February 19, 2019;

9. The deadline for Class Counsel to file with the Court, and serve on the parties, responses to any timely objection filed by any member of the Settlement Class, is extended from February 4, 2019 to February 19, 2019;

10. The date of the hearing to determine the fairness, reasonableness, and adequacy of the proposed settlement with DairyAmerica and California Dairies and whether to approve Class Counsel's request for attorneys' fees, reimbursement of expenses and service awards for Class Representatives, is rescheduled from March 4, 2019, at 1:30 p.m., to March 18, 2019, at 1:30 p.m.

IT IS SO ORDERED.

Dated: November 2, 2018

SENIOR DISTRICT JUDGE